MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Phone: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:13-cv-04700-EMC<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT APPLE INC. TO RESPOND TO PLAINTIFF AYLUS NETWORK, INC.'S COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Aylus Networks, Inc. ("Aylus") and Defendant Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, Aylus filed a complaint for patent infringement ("Complaint") against Apple on October 9, 2013;

WHEREAS, Aylus served Apple with its Complaint on October 11, 2013

1	WHEREAS, Apple currently has until November 1, 2013 to answer or otherwise respond
2	to Aylus' Complaint;

3	WHEREAS, Apple has requested and Aylus has consented to an additional thirty (30)
4	days for Apple to file its answer or response to the Complaint;

5	WHEREAS, the requested time modification will not alter the date of any event or any
6	deadline already fixed by Court order.

8	IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their
9	respective counsel, that Apple shall have until December 2, 2013, to answer or otherwise respond
10	to Aylus' Complaint.

12	Dated: October 28, 2013			DLA PIPER LLP (US)


				By:*/s/ Christine K. Corbett*
					CHRISTINE K. CORBETT
					Attorneys for Defendant
					Apple Inc.

18	Dated: October 28, 2013			QUINN EMANUEL URQUHART & SULLIVAN, LLP


				By: */s/ Amar L. Thakur*
					AMAR L. THAKUR
					Attorneys for Plaintiff
					Aylus Networks, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
10/29/2013
APPROVED
Judge Edward M. Chen

DLA Piper LLP (US)
East Palo Alto

EAST\64786889.1

-2-
STIPULATION TO EXTEND THE TIME FOR DEFENDANT APPLE INC. TO RESPOND TO AYLUS COMPLAINT, CASE NO. 13-CV-4700-EMC