In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** February 13, 2014  **FTR Time:** 9:05-9:13

**Case No. and Name:** C13-4700 EMC Aylus Networks v. Apple

**Attorneys:** Harold Barza, Amar Thakur and Wil Cooper for Plaintiff
Mark Fowler and Erik Fuehrer for Defendant

**Deputy Clerk:** Betty Lee

## PROCEEDINGS:

- CMC

## SUMMARY:

- Parties agreed to conduct private mediation. Mediation is to be completed 45 days after the Court issues a claim construction order.

The Court adopts parties' claim construction schedule as follows:

| Date | Event |
|---|---|
| 3/12/14 | Initial disclosures |
| 3/20/14 | Infringement Contentions and document production accompanying infringement contentions |
| 5/8/14 | Invalidity contentions and document production accompanying invalidity contentions |
| 6/12/14 | Exchange of proposed terms and claim elements for construction |
| 7/3/14 | Exchange of preliminary claim constructions and extrinsic evidence |
| 7/28/14 | Joint claim construction and prehearing statement |
| 8/28/14 | Completion of claim construction discovery |
| 9/11/14 | Claim construction briefs - opening brief |
| 9/25/14 | Claim construction briefs - responsive brief |
| 10/2/14 | Claim construction briefs - reply brief |
| 10/14/14 | Tutorial (at 2:30 p.m.) |
| 10/27/14 | Claim construction hearing (at 2:30 p.m.) |

50 days after claim construction hearing - Advice of counsel disclosures

Further CMC is set for 8/28/14 at 10:30 a.m. An updated joint CMC statement shall be filed by 8/21/14.