| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MARK D. FOWLER, Bar No. 124235 |
| Harold A. Barza (Bar No. 80888) | mark.fowler@dlapiper.com |
| halbarza@quinnemanuel.com | CHRISTINE K. CORBETT, Bar No. 209128 |
| Amar L. Thakur (Bar No. 194025) | christine.corbett@dlapiper.com |
| amarthakur@quinnemanuel.com | ROBERT BUERGI, Bar No. 242910 |
| Vincent Pollmeier (Bar No. 210684) | robert.buergi@dlapiper.com |
| vincentpollmeier@quinnemanuel.com | ERIK R. FUEHRER, Bar No. 252578 |
| 865 South Figueroa Street, 10th Floor | erik.fuehrer@dlapiper.com |
| Los Angeles, California 90017-2543 | JONATHAN HICKS, Bar No. 274634 |
| Telephone: (213) 443-3000 | jonathan.hicks@dlapiper.com |
| Facsimile: (213) 443-3100 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| | East Palo Alto, CA 94303-2214 |
| Attorneys for Plaintiff, | Telephone: 650.833.2000 |
| Aylus Networks, Inc. | Facsimile: 650.833.2001 |
| | |
| | ROBERT WILLIAMS, Bar No. 246990 |
| | robert.williams@dlapiper.com |
| | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| | Telephone: (619) 699-2700 |
| | Facsimile: (619) 699-2701 |
| | |
| | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation, | CASE NO. 3:13-cv-04700-EMC |
| Plaintiff, | **STIPULATION FOR APPLE'S MOTION TO DISMISS AND [PROPOSED] ORDER** |
| v. | Hearing Date: March 20, 2014 |
| APPLE INC., a California corporation | Time: 1:30 p.m. |
| Defendant. | Judge: Edward M. Chen |
| | Courtroom: 5, 17th floor |

WHEREAS, on January 27, 2014, Plaintiff Aylus Networks, Inc. ("Aylus") filed a First Amended Complaint;

WHEREAS, on February 13, 2014, Defendant Apple Inc. ("Apple"), filed a Notice of Motion And Motion To Dismiss Aylus's First Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion For A More Definite Statement, with a hearing date set for March 20, 2014 before Judge Chen;

WHEREAS, pursuant to Civil L.R. 7-4(b) Aylus's Opposition to Apple's Motion must be filed and served on February 27, 2014;

WHEREAS, Aylus and Apple have met and conferred to resolve the matter without success;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Aylus will have an additional seven days to file and serve Aylus's Opposition to Apple's Motion, and such Opposition will be due on Thursday, March 6, 2014.

2. Apple will have an additional seven days to file and serve Reply to Aylus's Opposition to Apple's Motion, and such Reply will be due on Thursday, March 13, 2014.

3. The Hearing date to argue this motion before Judge Chen, on Thursday, March 20, 2014 at 1:30 PM is vacated and the new date and time for this hearing will be Thursday, March 27, 2014 at 1:30 PM.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 27, 2014           QUINN EMANUEL URQUHART & SULLIVAN, LLP

_____
Harold A. Barza
Amar L. Thakur
Vincent Pollmeier

Attorneys for Plaintiff,
Aylus Networks, Inc.

1

2  Dated: February 27, 2014               DLA PIPER LLP (US)

3

4                                          By: /s/ Mark D. Fowler
                                              MARK D. FOWLER
5                                             CHRISTINE K. CORBETT
                                              ROBERT BUERGI
6                                             ROBERT WILLIAMS
                                              ERIK R. FUEHRER
7                                             JONATHAN HICKS
                                              Attorneys for Defendant
8                                             Apple Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/28/14  By: _____

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA