QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>        Defendant. | CASE NO. 3:13-cv-04700-EMC<br>**STIPULATION FOR APPLE'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER**<br><br>Hearing Date: March 27, 2014<br>Time: 1:30 p.m.<br>Judge: Edward M. Chen<br>Courtroom: 5, 17th floor |

05010.00001/5793347.2

Case No. 3:13-cv-04700-EMC
STIPULATION FOR APPLE'S MOTION TO DISMISS AND [PROPOSED] ORDER

1    WHEREAS, on January 27, 2014, Plaintiff Aylus Networks, Inc. ("Aylus") filed a First Amended Complaint;

WHEREAS, on February 13, 2014, Defendant Apple Inc. ("Apple"), filed a Notice of Motion And Motion To Dismiss Aylus's First Amended Complaint For Failure To State A Claim, Or, In The Alternative, Motion For A More Definite Statement, with a hearing date set for March 20, 2014 before Judge Chen;

WHEREAS, on February 27, 2014 Aylus and Apple stipulated that (1) Aylus' Opposition to Apple's Motion would be due on March 6, 2014; (2) Apple's Reply to Aylus's Opposition would be due on March 13, 2014; and (3) the hearing for Apple's motion in front of Judge Chen, would be on March 27, 2014 at 1:30 PM;

WHEREAS, Aylus and Apple have met and conferred to resolve the matter in good faith and not burden the Court with unnecessary hearings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Aylus will file a Second Amended Complaint. The only changes to the existing complaint will be to drop the willfulness allegations, namely paragraph 26 and Prayer for Relief 4 of the First Amended Complaint.

2. Aylus will file the Second Amended Complaint no later than Monday, March 10, 2014. Upon such filing, Apple will withdraw its Motion to Dismiss the First Amended Complaint; and the hearing date for such motion, scheduled for March 27, 2014, will be taken off calendar.

3. Aylus intends to seek reasonable discovery regarding willfulness. Apple agrees that it will not object on the grounds of relevance to Aylus' discovery directed to (1) Mr. Rob Orgel's alleged pre-suit knowledge of the patent-in-suit and (2) any alleged Apple monitoring of the issuance of patents in the field of U.S. Patent No. RE44,412 ("the '753/412 patent") that allegedly resulted in Apple's alleged identification of the '753/412 patent. Apple reserves the right to object to any additional discovery on the grounds of relevance in addition to any other non-relevance objections.

| | |
|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |
| 2 | |
| 3 | DATED: March 4, 2014 |

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ *Amar L. Thakur* | /s/ *Mark D. Fowler* |
| Harold A. Barza | MARK D. FOWLER |
| Amar L. Thakur | CHRISTINE K. CORBETT |
| Vincent Pollmeier | ROBERT BUERGI |
| | ROBERT WILLIAMS |
| Attorneys for Plaintiff, | ERIK R. FUEHRER |
| Aylus Networks, Inc. | JONATHAN HICKS |
| | |
| | Attorneys for Defendant, |
| | Apple Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/5/14          By: _____

GRANTED
Judge Edward M. Chen

-3-