| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Harold A. Barza (Bar No. 80888)<br>  halbarza@quinnemanuel.com<br>  Amar L. Thakur (Bar No. 194025)<br>  amarthakur@quinnemanuel.com<br>  Vincent Pollmeier (Bar No. 210684)<br>  vincentpollmeier@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:      (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  William O. Cooper (Bar No. 279385)<br>  willcooper@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:     (415) 875-6600<br>Facsimile:     (415) 875-6700<br><br>Attorneys for Plaintiff,<br>Aylus Networks, Inc. | MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com<br>CHRISTINE K. CORBETT, Bar No. 209128<br>christine.corbett@dlapiper.com<br>ROBERT BUERGI, Bar No. 242910<br>robert.buergi@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>JONATHAN HICKS, Bar No. 274634<br>jonathan.hicks@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Telephone: 650.833.2000<br>Facsimile:  650.833.2001<br><br>ROBERT WILLIAMS, Bar No. 246990<br>robert.williams@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Telephone:  (619) 699-2700<br>Facsimile:   (619) 699-2701<br><br>Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>                Defendant. | CASE NO.  3:13-cv-04700-EMC<br><br>**STIPULATION REGARDING CERTAIN PATENT LOCAL RULE REQUIREMENTS AND [PROPOSED] ORDER** |

05010.00001/5812179.1

| | |
|---|---|
| 1 | WHEREAS, the Patent Local Rules of the Northern District of California include the |
| 2 | following requirements: |
| 3 | PLR 3-1. Disclosure of Asserted Claims and Infringement Contentions |
| 4 | PLR 3-2. Document Production Accompanying Disclosure |
| 5 | PLR 3-3. Invalidity Contentions |
| 6 | PLR 3-4. Document Production Accompanying Invalidity Contentions |
| 7 | WHEREAS, on February 13, 2014, the Court accepted the parties proposed schedule, |
| 8 | which included the following deadlines: |
| 9 | PLR 3-1: March 20, 2014 |
| 10 | PLR 3-2: March 20, 2014 |
| 11 | PLR 3-3: May 8, 2014 |
| 12 | PLR 3-4: May 8, 2014 |
| 13 | WHEREAS, on March 10, 2014 Aylus and Apple agreed to extend the above-referenced |
| 14 | deadlines by two weeks, but change no other aspect of the case calendar. |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that: |
| 16 | 1. Aylus will comply with PLR 3-1 by April 3, 2014. |
| 17 | 2. Aylus will comply with PLR 3-2 by April 3, 2014. |
| 18 | 3. Apple will comply with PLR 3-3 by May 22, 2014. |
| 19 | 4. Apple will comply with PLR 3-4 by May 22, 2014. |

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 11, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ *Amar L. Thakur* | /s/ *Mark D. Fowler* |
| Harold A. Barza | MARK D. FOWLER |
| Amar L. Thakur | CHRISTINE K. CORBETT |
| Vincent Pollmeier | ROBERT BUERGI |
| | ROBERT WILLIAMS |
| Attorneys for Plaintiff, | ERIK R. FUEHRER |
| Aylus Networks, Inc. | JONATHAN HICKS |
| | Attorneys for Defendant, Apple Inc. |

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2 |
3 | Dated:     3/18/14              By: _____
4 |                                       IT IS SO ORDERED
5 |                                       Judge Edward M. Chen