QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:      (213) 443-3000
Facsimile:       (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:      (415) 875-6600
Facsimile:       (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Apple, Inc., a California corporation <br><br> Defendant. | CASE NO. 3:13-cv-4700-EMC <br><br> **DECLARATION OF WILLIAM O. COOPER IN SUPPORT OF AYLUS' REPLY CLAIM CONSTRUCTION BRIEF** |

## DECLARATION OF WILLIAM O. COOPER

I, William O. Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Aylus Networks, Inc. ("Aylus"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. **EXHIBIT 1** is a true and accurate copy of U.S. Patent No. RE44,412.

3. **EXHIBIT 2** is a true and accurate copy of an excerpt from the prosecution history of U.S. Patent No. 7,724,753 showing the March 25, 2009 Office Action.

4. **EXHIBIT 3** is a true and accurate copy of an excerpt from the prosecution history of U.S. Patent No. 7,724,753 showing the applicant's August 19, 2009 Amendments and Remarks.

5. **EXHIBIT 4** is a true and accurate copy of an excerpt from the prosecution history of U.S. Patent No. 7,724,753 showing a draft of claim one.

6. **EXHIBIT 5** is a true and accurate copy of an excerpt from the prosecution history of U.S. Patent No. 7,724,753 showing the Dictionary.com reference cited by the examiner.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on October 2, 2014.

*/s/ William O. Cooper*
William O. Cooper