# EXHIBIT 4

Express Mail Label No. EV604749484 US
Date of Deposit March 8, 2006
Atty. Docket No. 0290976.00134US1

**Claims**

| | |
|---|---|
| 1 | 1. A method of controlling and delivering media content from a media server (MS) to a media |
| 2 | renderer (MR) utilizing a wide area IMS network for control, comprising the acts of: |
| 3 | provisioning a serving node in the IMS network with control point (CP) logic that |
| 4 | includes logic to negotiate media content delivery with at least one of an MS and an |
| 5 | MR; |
| 6 | provisioning a user endpoint (UE) device of the IMS network with control point proxy |
| 7 | (CPP) logic that includes (i) logic to negotiate media content delivery with at least |
| 8 | one of an MS and an MR, (ii) logic to cooperate with CP logic to negotiate media |
| 9 | content delivery between an MS and an MR, and (iii) VCR controls to control a |
| 10 | presentation of content provided by the MS and rendered by the MR; |
| 11 | in response to a media content delivery request, determining a network context of the UE |
| 12 | and a network connectivity of the MS and MR; |
| 13 | invoking the CPP logic and the CP logic to cooperatively negotiate media content |
| 14 | delivery between an MS and an MR if one of the MS and MR are not in |
| 15 | communication with the UE via a local wireless network; and |
| 16 | once media content delivery is negotiated, controlling a presentation of delivery via the |
| 17 | VCR controls on the UE. |

1  2. The method of claim 1, wherein the CPP logic is invoked to negotiate media content delivery
2  between an MS and an MR if the MS and MR are both in communication with the UE via a local
3  wireless network.

1  3. The method of claim 2, wherein the local wireless network includes at least one a Wi-Fi
2  network, a WiMax network, and a Bluetooth network.

1  4. The method of claim 1, wherein the CP logic is invoked to negotiate media content delivery
2  between an MS and an MR if neither the MS nor the MR are in communication the UE via the
3  local wireless network.

1  5. The method of claim 1, wherein the UE is implemented on a handset.

Express Mail Label No. EV604749484 US
Date of Deposit March 8, 2006
Atty. Docket No. 0290976.00134US1

6. The method of claim 5, wherein the handset comprises a display, and the MR uses the display.

7. The method of claim 1, wherein at least one of the MS and the MR is on a 3G network and in communication with the serving node.

8. The method of claim 1, wherein the UE is in communication with the MR via a local wireless network.

9. The method of claim 1, wherein the UE is in communication with both the MS and the MR via a local wireless network.

10. The method of claim 1, wherein the CP logic negotiates service delivery from the MS, the MS being on a 3G network, the CPP logic in the UE negotiates delivery on the MR, and the CP logic and CPP logic execute synchronization logic to complete the negotiation of delivery from the MS to the MR.

11. The method of claim 1, wherein the UE communicates its network context to the serving node and the serving node informs the UE of the serving node's capabilities for negotiation with devices local to the UE.

12. The method of claim 1, wherein the CP logic is configured to serve multiple unrelated devices running CPP logic.

13. The method of claim 12, wherein CPP logic is implemented in a UE resident in a handset and in a remote control device.

14. The method of claim 13, wherein a user uses the CPP logic in the handset when the user is remote from the MR and uses the CPP logic in the remote control device when the user is local to the MR.

15. The method of claim 1, wherein, if one of the MS and MR are remote from the UE, the CPP logic provides information about invoked VCR controls to the CP logic on the serving node to allow the CP logic to control the remote MS or MR.

38

Express Mail Label No. EV604749484 US
Date of Deposit March 8, 2006
Atty. Docket No. 0290976.00134US1

1   16. The method of claim 1, wherein the MS and the MR are in a digital home network.

1   17. The method of claim 1, wherein the UE determines that it is local to at least one of an MS
2   and an MR by using Universal Plug and Play (UPnP) protocols.

1   18. The method of claim 1, wherein at least one of the MS and MR announce their presence to
2   the UE using at least one of UPnP protocols, Jini technology, RFID, and Bluetooth.

1   19. The method of claim 1, wherein the negotiation of media content delivery includes the
2   negotiation of out-of-band media transfer between the MS and the MR.

US1DOCS 5532599v1