# EXHIBIT 5

proxy definition | Dictionary.com                                                  Page 1 of 5

Dictionary    Thesaurus    Reference    Translate    Web

[ proxy ]

### Related Searches
- free proxy list
- free proxies
- anonymous proxy
- free proxy server
- bypass proxy
- proxy sites
- http proxy
- proxy servers
- school bypass proxy
- proxy lists
- free web proxy
- proxy websites



**proxy** – 11 dictionary results

Anonymous web surfing                     Sponsored Link
Keep your browsing history private with free Google Chrome web browser
www.google.com/chrome

SSL PROXY
VeriSign is the standard for SSL Security. Learn More.
www.VeriSign.com

Proxy Servers
See the Benefits of Virtualization. Proxy Servers, Info & Tips.
www.discovervirtualization.com

**prox·y** [prok-see] Show IPA

–noun, plural prox·ies.
1. the agency, function, or power of a person authorized to act as the deputy or substitute for another.
2. the person so authorized; substitute; agent.
3. a written authorization empowering another person to vote or act for the signer, as at a meeting of stockholders.
4. an ally or confederate who can be relied upon to speak or act in one's behalf.

Origin:
1400–50; late ME *prokesye, procusie*, contr. of *procuracy* procuration. See PROCURE, -ACY

### Synonyms
- agent
- alternate
- authority
- delegate
- deputy
- proctor
- representative
- substitute
- vicar
- vote
- ambassador
- attorney

More Synonyms»

Dictionary.com Unabridged
Based on the Random House Dictionary, © Random House, Inc. 2009.
Cite This Source

Related Words for : proxy
placeholder, procurator
View more related words »



### Nearby Entries
- proximity's
- proximo
- proximo-
- proximoataxia

AYL0001285

- proximolingual
- **Proxy**
- proxy ARP
- proxy battle
- proxy contest
- proxy directive
- proxy fight

explore the visual thesaurus

Sponsored Links

Anonymous web surfing
Keep your browsing history private with free Google Chrome web browser
www.google.com/chrome

SSL PROXY
VeriSign is the standard for SSL Security. Learn More
www.VeriSign.com

prox·y (prŏk'sē) Pronunciation Key
n. pl. prox·ies
1. A person authorized to act for another; an agent or substitute.
2. The authority to act for another.
3. The written authorization to act in place of another.

[Middle English proccy, contraction of earlier procracie, *annual payment to a prelate*, from Anglo-Norman procuracie, from Medieval Latin prōcūrātia, alteration of Latin prōcūrātiō, from prōcūrātus, past participle of prōcūrāre, *to take care of*; see procure.]

The American Heritage® Dictionary of the English Language, Fourth Edition
Copyright © 2006 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.
Cite This Source

Proxy

Prox"y\, n.; pl. Proxies. [Contr. from procuracy. Cf. Proctor.]

1. The agency for another who acts through the agent; authority to act for another, esp. to vote in a legislative or corporate capacity.

I have no man's proxy: I speak only for myself. --Burke.

2. The person who is substituted or deputed to act or vote for another.

Every peer . . . may make another lord of parliament his proxy, to vote for him in his absence. --Blackstone.

3. A writing by which one person authorizes another to vote in his stead, as in a corporation meeting.

4. (Eng. Law) The written appointment of a proctor in suits in the ecclesiastical courts. --Burrill.

5. (Eccl.) See Procuration. [Obs.]

Proxy

Prox"y\, v. i. To act or vote by proxy; to do anything by the agency of another. [R.]

Webster's Revised Unabridged Dictionary, © 1996, 1998 MICRA, Inc.
Cite This Source

proxy

AYL0001286

*noun*

1. a person authorized to act for another
2. a power of attorney document given by shareholders of a corporation authorizing a specific vote on their behalf at a corporate meeting

WordNet® 3.0, © 2006 by Princeton University.
Cite This Source

**proxy**

A person authorized to act for another, or the written authorization to act for another.

*Note:* Shareholders in corporations may designate proxies to represent them at stockholders' meetings and vote their shares.

The American Heritage® New Dictionary of Cultural Literacy, Third Edition
Copyright © 2005 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.
Cite This Source

**proxy**
c.1440, prokecye, "agency of one who acts instead of another," contraction of Anglo-Fr. procuracie, from M.L. procuratia "administration," from L. procuratio "care, management," from procurare "manage" (see procure).

Online Etymology Dictionary, © 2001 Douglas Harper
Cite This Source

**Proxy**

1. An agent legally authorized to act on behalf of another party. Shareholders not attending a company's annual meeting may choose to vote their shares by proxy by allowing someone else to cast votes on their behalf.

2. A formal power of attorney document that may be signed by a shareholder to authorize another shareholder, a representative of the shareholder or the company's management, to vote on behalf of the shareholder at the annual meeting. Proxy statements must be filed with regulatory authorities (the Securities and Exchange Commission in the U.S.) on an annual basis prior to the company's annual meeting. Proxy documents are meant to provide shareholders with the information necessary to make informed votes on issues important to the company's performance. They are known to offer shareholders and prospective investors tremendous insight into a company's governance as well as a glance at the way that a company's management operates.

*Investopedia Commentary*

1. Management often encourages shareholders to vote by proxy so that ownership interests are fully represented even if shareholders are unable to attend the company's annual meetings in person.

AYL0001287

2. The proxy discloses important information about issues to be discussed at an annual meeting, lists the qualifications of management and board members, serves as a ballot for elections to the board of directors, lists the largest shareholders of a company's stock and provides detailed information about executive compensation.

*Related Links*

Putting Management Under The Microscope
Three Documents You Shouldn't Do Without
The Purpose and Importance of Proxy Voting
Lifting the Lid on CEO Compensation

See also: Common Stock, Cumulative Voting, Proxy Fight, Shareholder, Statutory Voting, Voting Right

Also spelled: proxies

Investopedia.com. Copyright © 1999-2005 - All rights reserved. Owned and Operated by Investopedia Inc.
Cite This Source

proxy

The written authority to act or speak for another party. Proxies are sent to stockholders by corporate management in order to solicit authority to vote the stockholders' shares at the annual meetings.

Wall Street Words: An A to Z Guide to Investment Terms by David L. Scott. Copyright © 2003. Published by Houghton Mifflin.
Cite This Source

Main Entry: proxy
Pronunciation: 'präk-sē
Function: *noun*
Inflected Form: *plural* prox·ies
Etymology: Middle English *procucie*, contraction of *procuracie*, from Anglo-French, from Medieval Latin *procuratia*, alteration of Latin *procuratio* appointment of another as one's agent
1 : the act or practice of a person serving as an authorized agent or substitute for another —used esp. in the phrase *by proxy*
2 a : authority or power to act for another b : a statement or document giving such authorization; *specifically* : an oral consent or written document (as a power of attorney) given by a stockholder to a specified person or persons to vote corporate stock
3 a : a person authorized to act or make decisions for another proxy> b : something serving to replace or substitute for another thing

Merriam-Webster's Dictionary of Law © 1996 Merriam-Webster, Inc.
Cite This Source

proxy networking
A process that accepts requests for some service and passes them on to the real server. A proxy may run on dedicated hardware or may be purely software. It may transform the request in some way or provide some additional layer of functionality such as caching or remote access. A proxy may be intended to

AYL0001288

increase security, e.g. a web proxy that allows multiple clients inside an organisation to access the Internet through a single secure, shared connection. (2007-09-03)

The Free On-line Dictionary of Computing. © 1993-2007 Denis Howe
Cite This Source

Embed as HTML

`<a href="http://dictionary.reference.com/browse/proxy?qsrc=2886">prox`

Search another word or see proxy on: Thesaurus | Reference

**Proxy Servers**
See the Benefits of Virtualization. Proxy Servers, Info & Tips.
www.discovervirtualization.com

**Mask Your IP Address**
Quit Searching For Valid Proxies Make Your Browser Totally Invisible
www.anonymeister.com

**How to hide my IP address**
About 99% of hacking attacks uses the IP address. Hide your IP now.
www.HideYourIPAddress.net

**Proxy | VPN Service**
Internet Privacy Service Change you IP Address
World-Secure-Channel.com

**Bypass Proxy Servers**
Bypass Your ISP and Proxy & Surf Safely and Anonymously.
www.GoTrusted.com

proxy  

About · Privacy Policy · Terms of Use · Link to Us · Report Ad · Contact Us
Copyright © 2008, Dictionary.com, LLC. All rights reserved.

AYL0001289