DLA Piper LLP (US)
East Palo Alto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 3:13-cv-04700-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTAL REPLY CLAIM CONSTRUCTION BRIEF**<br><br>*Markman* hearing date: November 10, 2014<br>*Markman* hearing time: 2:30 p.m.<br>Place: Courtroom 5, 17th Floor<br>Judge: Honorable Edward M. Chen |

WEST\251113448.1
337722-000046

[PROP] ORDER GRANTING APPLE'S MOTION FOR ADMIN. RELIEF FOR LEAVE TO FILE A SUPPL. CLAIM CONSTRUCTION BRIEF / CASE NO. 13-CV-4700-EMC

After consideration of the pleadings filed by the parties with respect to Defendant Apple Inc.'s ("Apple") Motion For Administrative Relief For Leave To File A Supplemental Reply Claim Construction Brief, and good cause appearing, it is hereby ordered, adjudged and decreed that Apple's Motion For Administrative Relief For Leave To File A Supplemental Reply Claim Construction Brief is GRANTED.

IT IS HEREBY ORDERED THAT Apple may file a supplemental reply claim construction brief concerning the Apple-designated claim terms, not to exceed ten pages, within ten days of this Order.

DATED: _____, 2014

_____
HONORABLE EDWARD M. CHEN

DLA Piper LLP (US)
East Palo Alto

WEST\251113448.1
337722-000046

-1-
[PROP] ORDER GRANTING APPLE'S MOTION FOR ADMIN. RELIEF FOR LEAVE TO FILE A SUPPL. CLAIM CONSTRUCTION BRIEF / CASE NO. 13-CV-4700-EMC