# EXHIBIT A

Exhibit A

# Corbett, Christine

| | |
|---|---|
| **From:** | Amar Thakur <amarthakur@quinnemanuel.com> |
| **Sent:** | Wednesday, October 08, 2014 3:34 PM |
| **To:** | Corbett, Christine |
| **Cc:** | Fowler, Mark; Fuehrer, Erik; Buergi, Robert; Manzano, Carmen; Aylus |
| **Subject:** | RE: Aylus/Apple: Expedited Briefing Schedule Request re Motion to Strike |

Aylus opposes Apple's request to burden the Court with yet another meritless motion and does not consent to the expedited briefing.

**From:** Corbett, Christine [mailto:Christine.Corbett@dlapiper.com]
**Sent:** Wednesday, October 08, 2014 12:12 PM
**To:** Amar Thakur; Will Cooper
**Cc:** Fowler, Mark; Fuehrer, Erik; Buergi, Robert; Manzano, Carmen
**Subject:** Aylus/Apple: Expedited Briefing Schedule Request re Motion to Strike

Counsel:

Apple intends to file a Motion to Strike the Declaration of Daniel Wigdor that was improperly filed in support of Aylus's reply claim construction brief. As you know, Patent Local Rule 4-3 requires the parties to identify any expert witnesses that may be relied upon to either support or oppose claim construction positions. Aylus did not disclose its intent to rely on Dr. Wigdor or on any expert witness in its PLR 4-3 disclosures.

Apple intends to file the motion on an expedited briefing schedule as it is improper for the Court to review or consider Dr. Wigdor's declaration. To that end, Apple intends to request that the Court set the hearing on Apple's motion to strike for October 20 – the date of the tutorial – with the following briefing schedule:

Apple's motion must be filed no later than October 9
Aylus's opposition must be filed no later than Noon on October 14
Apple's reply must be filed no later than October 16

Please let me know if this expedited briefing schedule is acceptable.

Regards,
Christine


**Christine Kerba Corbett**
Partner

T +1 650.833.2141
F +1 650.687.1111
E christine.corbett@dlapiper.com


DLA PIPER

DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2215
United States
www.dlapiper.com

1