MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>          Defendant. | CASE NO. 3:13-cv-04700-EMC<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING SCHEDULE AND HEARING ON APPLE'S MOTION TO STRIKE EXPERT DECLARATION OF DANIEL J. WIGDOR IN SUPPORT OF AYLUS'S REPLY CLAIM CONSTRUCTION BRIEF**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 5, 17th Floor<br>Judge: Honorable Edward M. Chen |

Having read and considered all of the evidence and arguments submitted in support of and in opposition to Apple Inc.'s ("Apple") Motion to Shorten Time for Briefing Schedule and

-1-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\251142993.1

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME RE MOTION TO STRIKE EXPERT DECLARATION / CASE NO. 13-CV-4700-EMC

Hearing On Apple's Motion to Strike Expert Declaration of Daniel Wigdor In Support of Aylus's Reply Claim Construction Brief, IT IS HEREBY ORDERED that Apple's Motion to Shorten Time is GRANTED. Apple's Motion to Strike Expert Declaration of Daniel Wigdor In Support of Aylus's Reply Claim Construction Brief ("Motion To Strike") is deemed filed as of October 9, 2014. Aylus's Opposition, if any, to Apple's Motion To Strike shall be filed and served no later than Noon (PST) on October 15, 2014. Apple's Reply, if any, shall be filed and served no later than Noon on October 17, 2014. The hearing for Apple's Motion To Strike shall be on October 20, 2014 at 2:30 p.m., in Courtroom 5 of the above-titled Court.

[OR]

Apple's Motion to Strike is deemed filed as of October 9, 2014. Aylus's Opposition, if any, to Apple's Motion to Strike shall be filed and served no later than Noon on October 17, 2014. Apple's Reply, if any, shall be filed and served no later than Noon on October 21, 2014. The hearing for Apple's Motion to Strike shall be on October 23, 2014 at 1:30 p.m. in Courtroom 5 of the above-titled Court.

Dated: _____, 2014

U.S. DISTRICT COURT JUDGE
EDWARD M. CHEN