| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | CHRISTINE K. CORBETT, Bar No. 209128 |
| | christine.corbett@dlapiper.com |
| 3 | ROBERT BUERGI, Bar No. 242910 |
| | robert.buergi@dlapiper.com |
| 4 | ERIK R. FUEHRER, Bar No. 252578 |
| | erik.fuehrer@dlapiper.com |
| 5 | JONATHAN HICKS, Bar No. 274634 |
| | jonathan.hicks@dlapiper.com |
| 6 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 7 | East Palo Alto, CA 94303-2214 |
| | Telephone: 650.833.2000 |
| 8 | Facsimile: 650.833.2001 |
| 9 | ROBERT WILLIAMS, Bar No. 246990 |
| | robert.williams@dlapiper.com |
| 10 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 11 | San Diego, CA 92101-4297 |
| | Telephone: 619.699.2700 |
| 12 | Facsimile: 619.699.2701 |
| 13 | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., | CASE NO. 3:13-cv-04700-EMC |
| Plaintiff, | **DECLARATION OF CHRISTINE CORBETT IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STRIKE EXPERT DECLARATION OF DANIEL J. WIGDOR IN SUPPORT OF AYLUS'S REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | |
| APPLE INC., | |
| Defendant. | Hearing date: TBD |
| | Hearing time: TBD |
| | Place: Courtroom 5, 17th Floor |
| | Judge: Honorable Edward M. Chen |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\251150572.1
337722-000046

CORBETT DECL. ISO APPLE'S MOTION TO STRIKE
WIGDOR DECLARATION/ CASE NO. 13-CV-4700-EMC

I, Christine K. Corbett, submit this declaration in support of Defendant Apple Inc.'s Motion to Strike Expert Declaration of Daniel Wigdor In Support of Aylus's Reply Claim Construction Brief.

1. I am an attorney at the law firm of DLA Piper LLP (US), counsel for Defendant Apple Inc. ("Apple"). I have personal knowledge of the facts stated herein and if called as a witness, could and would testify hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Aylus's June 25, 2014 disclosure of Daniel Wigdor (without attachments).

3. Attached hereto as **Exhibit B** is a true and correct copy of Aylus's July 17, 2014 Patent Local Rule 4-2 Preliminary Claim Constructions and Intrinsic and Extrinsic Evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of October, 2014, in East Palo Alto, California.

*/s/ Christine K. Corbett*
Christine K. Corbett

DLA Piper LLP (US)
East Palo Alto
WEST\251150572.1
337722-000046