# EXHIBIT A

Exhibit A

# Corbett, Christine

| | |
|---|---|
| **From:** | Will Cooper <WillCooper@quinnemanuel.com> |
| **Sent:** | Wednesday, June 25, 2014 5:41 PM |
| **To:** | Fowler, Mark; Corbett, Christine; Buergi, Robert; Fuehrer, Erik; Williams, Robert; Hicks, Jonathan |
| **Cc:** | Aylus |
| **Subject:** | Aylus v. Apple: Notice re Daniel Wigdor |
| **Attachments:** | Daniel Wigdor.pdf; Exhibit A Aylus Protective Order Wigdor.pdf |

Dear Counsel,

Pursuant to Paragraph 12 of the Protective Order, Aylus hereby provides notice that it intends to provide Daniel Wigdor with Apple confidential information. This includes materials designated under the Protective Order as CONFIDENTIAL, CONFIDENTIAL – ATTORNEYS' EYES ONLY, and CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE. Dr. Wigdor's CV, which includes all the information relevant to Paragraph 12, and an executed Exhibit A to the Protective Order are attached.

Please let us know if Apple has any objections.

Best,
Will

**Will Cooper**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6426 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
willcooper@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.