# EXHIBIT B

Exhibit B

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>APPLE, INC., a California corporation<br><br>                Defendant. | CASE NO.  3:13-cv-04700-EMC<br><br><br>**PLAINTIFFS' 4-2 PRELIMINARY CLAIM CONSTRUCTIONS AND INTRINSIC AND EXTRINSIC EVIDENCE** |

        Pursuant to Patent Local Rule 4-2, Aylus Networks, Inc. ("Aylus") provides in Exhibit A

its preliminary claim constructions and intrinsic and extrinsic evidence for the terms proposed by

the parties under Patent Local Rule 4-1.   Citations to specific sections of a document are

exemplary, not exhaustive, and are intended to indicate the nature of the reference.   Citations to a

specific portion of a document do not limit or prejudice Aylus' right to rely on any other portion

of the document.

Citations to a figure include all discussion in the relevant specifications and file histories relating to the figure. Citations for terms that relate to other proposed terms for construction are included in the evidence for the other, related proposed terms for construction. All claims and elements thereto related to any proposed term for construction may be used in construing any other proposed term for construction.

Aylus bases these constructions upon its current knowledge, understanding, and belief as to the facts and information available as of this date. Aylus reserves the right to revise its proposed constructions and intrinsic and extrinsic evidence in view of Apple's Patent Local Rule 4-2 Disclosure and as discovery proceeds. Aylus further reserves the right to rely on intrinsic and extrinsic evidence identified by Apple and to add additional extrinsic evidence, particularly for constructions on which the parties disagree.

Aylus also reserves the right to separate a word or phrase from the proposed terms in order to clarify the issues for the Court. Aylus reserves the right to add or delete terms, phrases, and/or clauses for construction, or otherwise amend its preliminary claim constructions and related disclosures as needed, including to reflect any changes made as a result of the discussions between the parties.

In addition to the references identified in Exhibit A, and while Aylus does not believe that expert testimony is necessary, Aylus reserves the right to use expert testimony in rebuttal to respond to any arguments raised by Apple or its experts.

DATED: July 17, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Amar L. Thakur*

Amar L. Thakur

Attorneys for Plaintiff, Aylus Networks, Inc.

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| **wide area network** | An electronic communication network that connects nodes in a large geographical area. | All citations in this Exhibit A related to "network," including "local area network," are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '753 patent, including cols. 5:35-52; 17:7-32; 17:60-63; 18:32-41<br><br>Figures 1, 4, 6, 10-13, 17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no. |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 11/166,407, including the full specification, including all figures<br><br>3/8/2010 Amendments and Remarks<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action<br><br>**Extrinsic:**<br><br>Dictionary of Computing & Communications (2003) at 409<br><br>Random House Webster's Dictionary (2001) at 820<br><br>Webster's New World Computer Dictionary (2003) at 389 |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | Oxford Dictionaries Online (2014) ("Wide Area Network" and "Network") |
| **local area network** | An electronic communication network that connects devices in a small geographic area. | All citations in this Exhibit A related to "network," including "wide area network," are incorporated herein by reference.

**Intrinsic:**

The specification of the '412 patent, including cols. 5:14-24; 18:32-41; 23:4-7.

Figure 1, 3, 4, 10, 11, 12, 14-17.

The prosecution history of the '753 patent, including 2/19/2009 Office Action

8/19/2009 Amendment and Remarks

The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks

3/14/2013 Notice of Allowability

The prosecution history of application no. 11/166,407, including the full specification, including all figures

3/8/2010 Amendments and Remarks

The prosecution history of application no. 11/282,924, including the full specification, including all figures |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 7/24/2008 Office Action |
| | | 4/21/2009 Office Action |
| | | **Extrinsic:** |
| | | Dictionary of Computing & Communications (2003) at 215 |
| | | Merriam Webster Online Dictionary (2014) ("Local Area Network") |
| | | Oxford Dictionaries Online (2014) ("Local Area Network") |
| | | Random House Webster's Dictionary (2001) at 423 |
| | | Webster's New World Computer Dictionary (2003) at 215 |
| **media content** | Audiovisual content. | All citations in this Exhibit A related to "media," including "media server" or<br>"media renderer," are incorporated herein by reference. |
| | | **Intrinsic:** |
| | | The specification of the '412 patent, including cols. 5: 42-6:42; 12:32-14:27; 15:14-27; 15:36-37; 16:14-17:59; 18:8-13; 18:42-50; 21:7-13; 22:22-47; 23:4-23; 23:62-63 |
| | | Figures 6, 7, 9, 10-12, 14-17 |
| | | The prosecution history of the '753 patent, including |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | 2/19/2009 Office Action |
| | | 8/19/2009 Amendment and Remarks |
| | | 12/22/2009 Examiner's Amendment |
| | | Proxy: AYL0001285-1308 |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 2/13/2012 Office Action |
| | | 3/22/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action<br><br>**Extrinsic:**<br><br>Random House Webster's Dictionary (2001) at 448<br><br>Webster's New World Computer Dictionary (2003) at 233 |
| **remote from the UE** | Not located on the same local area network as the UE. | All citations in this Exhibit A related to "network" or "UE" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 1:34-37; 2:64-3:11; 3:42-4:14; 5:49-6:42; 6:56-8:9; 8:35-61; 9:31-47; 10:12-30; 10:50-11:42; 11:62-12:4; 12:47-14:40; 15:4-15:45; 16:1-36; 17:50-59; 18:8-13; 18:51-19:5; 21:28-38; 21:56-22:3; 22:60-63; 23:52-54; 24:24-25<br><br>Figure 4, 6, 8-17 |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | The prosecution history of the '753 patent, including 2/19/2009 Office Action |
| | | 8/19/2009 Amendment and Remarks |
| | | 12/22/2009 Examiner's Amendment |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 2/13/2012 Office Action |
| | | 3/22/2012 Office Action. |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 7/24/2008 Office Action |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | **Extrinsic:**<br><br>Random House Webster's Dictionary (2001) at 610<br><br>Merriam Webster Online Dictionary (2014) ("Remote") |
| **logic** | Executable instruction(s). | All citations in this Exhibit A related to "CP logic," CPP logic," or "personal agent logic" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 1:20-23; 2:32-43; 3:67-4:3; 4:17-31; 5:49-6:42; 6:51-52; 6:55; 7:31-36; 7:41-64; 8:1-24; 8:30-45; 8:54-9:8; 9:48-57; 9:67-10:2; 10:7-12; 10:19-30; 10:59-11:7; 11:16-52; 11:52-12:6; 13:36-42; 14:8-15; 14:20-27; 18:8-19; 18:32-34; 18:51-59; 19:6-9; 19:13-20; 22:4-17<br><br>Figures 4-7, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 2/13/2012 Office Action |
| | | 3/22/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 3/30/2010 Amendment and Remarks |
| | | 6/18/2010 Office Action |
| | | **Extrinsic:** |
| | | Dictionary of Computing & Communications (2003) at 216 |
| | | Random House Webster's Dictionary (2001) at 424 |
| | | Merriam Webster Online Dictionary (2014) ("Logic") |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminarv Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | Oxford Dictionaries Online (2014) ("Logic") |
| **VCR controls** | Controls for display of video content (e.g., PLAY, PAUSE, REWIND, STOP buttons). | All citations in this Exhibit A related to "video play controls" or "control" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-6:3; 6:28-42; 17:33-40<br><br>Figures 4, 8, 9, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures<br><br>3/8/2010 Amendments and Remarks<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action<br><br>**Extrinsic:**<br><br>Merriam Webster Online Dictionary (2014) ("Video")<br><br>Oxford Dictionaries Online (2014) ("Video") |
| **video play controls** | Controls for display of video content (e.g., PLAY, PAUSE, REWIND, STOP buttons). | All citations in this Exhibit A related to "VCR controls" or "control" are incorporated herein by |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-6:3; 6:28-42; 17:33-40<br><br>Figures 4, 8, 9, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>The prosecution history of application no. 11/166,407, including the full specification, including all figures<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>**Extrinsic:** |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | Merriam Webster Online Dictionary (2014) ("Video" and "Play")<br><br>Oxford Dictionaries Online (2014) ("Video") |
| **handset** | A wireless communication device that supports radio access technology (e.g., Wi-Fi, GSM, CDMA). | All citations in this Exhibit A related to "UE" or "personal agent" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 1:39-45; 2:25-31; 2:64-3:11; 3:42-44; 4:37-5:31; 5:35-48; 6:12-14; 6:25-31; 7:24-28; 9:48-57; 9:64-67; 10:7-13; 10:19-21; 10:31-35; 10:44-58; 12:11-15: 12:53-57; 12:65-13:9; 14:41-15:49; 16:66-17:3; 17:7-19; 17:25-40; 17:60-18:7; 18:32-34; 18:44-47; 20:46-54; 22:27-30; 22:52-59; 23:64-24:4<br><br>Figures 2, 4, 8-12, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 3/22/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no.<br>11/166,407, including the full specification, including<br>all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no.<br>11/282,924, including the full specification, including<br>all figures |
| | | 7/24/2008 Office Action |
| | | 2/6/2009 Amendments and Remarks |
| | | 4/21/2009 Office Action |
| | | 8/3/2009 Amendments and Remarks |
| | | 9/23/2009 Office Action |
| | | 3/30/2010 Amendment and Remarks |
| | | 6/18/2010 Office Action |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| **serving node (Apple)** | A serving element in the wide area network. | All citations in this Exhibit A related to "network" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:37-55; 6:14-36; 7:37-8:9; 8:19-22; 8:46-48; 10:12-18; 10:31-40; 10:56-58; 11:43-52; 12:11-23; 13:18-25; 13:30-31; 13:39-42; 13:51-63; 14:31-40; 17:60-63; 20:46-53; 21:48-55; 21:58-64; 22:18-21; 22:41-23:3; 23:18-23; 23:27-35; 23:52-54<br><br>Figures 1-4, 6, 8-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action.<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 3/14/2013 Notice of Allowability<br><br>The prosecution history of application no.<br>11/166,407, including the full specification, including all figures<br><br>3/8/2010 Amendments and Remarks<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no.<br>11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action<br><br>**Extrinsic:**<br><br>IEEE Dictionary (1996) at 688-89<br><br>The Telecommunications Fact Book and Illustrated Dictionary (2006) at 130 |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | Dictionary of Telecommunications (1981) at 179 |
| | | The Telecommunications Illustrated Dictionary (2002) at 678 |
| | | Webster's New World Telecom Dictionary (2008) at 338 |
| | | Hargrave's Communications Dictionary (2001) at 355 |
| | | Dictionary of Computing & Communications (2003) at 252 |
| | | Oxford Dictionaries Online (2014) ("Node") |
| | | Webster's New World Computer Dictionary (2003) at 257 |
| **the CP logic …<br>serves as a<br>[first/second]<br>proxy** | The control point logic acts as an authorized actor. | All citations related to "CP logic" or "proxy" are incorporated by reference herein.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 2:61-67; 3:31-32; 3:45-57; 5:35-6:43; 6:63-67; 13:30-14:15; 15:50-16:42; 16:54-18:13; 19:23-25; 19:66-67; 20:23-30; 21:14-27; 22:22-30.<br><br>Figures 1, 2, 4, 8-12, 14-17.<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 12/22/2009 Examiner's Amendment |
| | | Proxy: AYL0001285-1308 |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 3/22/2012 Office Action |
| | | 2/13/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 8/3/2009 Amendments and Remarks |
| | | **Extrinsic:** |
| | | McGraw-Hill Illustrated Telecom Dictionary at 470 |
| | | The Telecommunications Illustrated Dictionary |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | (2002) at 749 |
| | | Webster's New World Telecom Dictionary (2008) at 393 |
| | | Hargrave's Communications Dictionary (2001) at 413 |
| | | Merriam Webster Online Dictionary (2014) ("Proxy") |
| | | Oxford Dictionaries Online (2014) ("Proxy") |
| | | Dictionary of Computing & Communications (2003) at 74 and 75 |
| | | Merriam Webster Online Dictionary (2014) ("Control") |
| | | Oxford Dictionaries Online (2014) ("Control") |
| | | Random House Webster's Dictionary (2001) at 155 |
| **the CPP logic … serves as a [first/second] proxy** | The control point proxy logic acts as an authorized actor. | All citations related to "CP," "logic," or "proxy" are incorporated by reference herein.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 2:61-67; 3:31-32; 3:45-57; 5:35-6:43; 6:63-67; 13:30-14:15; 15:50-16:42; 16:32-18:13; 17:7-18:13; 18:42-50; 19:23-25; 19:66-67; 20:23-30; 21:14-27; 22:22-30.<br><br>Figures 1, 2, 4, 8-12, 14-17.<br><br>The prosecution history of the '753 patent, including |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | 2/19/2009 Office Action |
| | | 8/19/2009 Amendment and Remarks |
| | | 12/22/2009 Examiner's Amendment |
| | | Proxy: AYL0001285-1308 |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 2/13/2012 Office Action |
| | | 3/22/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 8/3/2009 Amendments and Remarks |
| | | **Extrinsic:** |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | McGraw-Hill Illustrated Telecom Dictionary at 470 |
| | | The Telecommunications Illustrated Dictionary (2002) at 749 |
| | | Webster's New World Telecom Dictionary (2008) at 393 |
| | | Hargrave's Communications Dictionary (2001) at 413 |
| | | Merriam Webster Online Dictionary (2014) ("Proxy") |
| | | Oxford Dictionaries Online (2014) ("Proxy") |
| | | Dictionary of Computing & Communications (2003) at 74 and 75 |
| | | Merriam Webster Online Dictionary (2014) ("Control") |
| | | Oxford Dictionaries Online (2014) ("Control") |
| | | Random House Webster's Dictionary (2001) at 155 |
| **negotiate media content delivery between the MS and the MR** | Plain and ordinary meaning. | All citations in this Exhibit A related to "negotiate," "media content," "media server," or "media renderer" are incorporated herein by reference. |
| | | **Intrinsic:** |
| | | The specification of the '412 patent, including cols. 4:9-6:12; 6:35-42 |
| | | Figures 3-10, 12-17 |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | The prosecution history of the '753 patent, including 2/19/2009 Office Action |
| | | 8/19/2009 Amendment and Remarks |
| | | 12/22/2009 Examiner's Amendment |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 9/21/2012 Amendments and Remarks |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 8/3/2009 Amendments and Remarks |
| | | **Extrinsic:** |
| | | The Telecommunications Fact Book and Illustrated Dictionary (2006) at 168 |
| | | Oxford Dictionaries Online (2014) ("Negotiate" and |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | "Server") |
| **cooperate with (CP) logic to negotiate media content delivery between the MS and the MR" / "cooperate with the [network/serving node] CP logic** | Plain and ordinary meaning. | All citations in this Exhibit A related to "CP," "logic," "network," "control," "negotiate," "media content," "media server," "media renderer," or "serving node" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-6:43; 6:63-67; 13:30-14:15; 15:50-16:42; 16:54-18:13; 19:66-67; 20:23-30; 21:14-27; 22:22-30<br><br>Figures 3-10, 12-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>12/22/2009 Examiner's Amendment<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>9/21/2012 Amendments and Remarks<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no. 11/166,407, including the full specification, including all figures<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | all figures<br><br>7/24/2008 Office Action<br><br>**Extrinsic**<br><br>The Telecommunications Fact Book and Illustrated Dictionary (2006) at 130<br><br>Dictionary of Telecommunications (1981) at 179<br><br>The Telecommunications Illustrated Dictionary (2002) at 678<br><br>Webster's New World Telecom Dictionary (2008) at 338 |
| **resides in the signaling domain** | Operates in the signaling domain. | All citations in this Exhibit A related to "CP" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 1:51-59; 2:44-60; 3:45-50; 4:35-54; 6:47-48; 7:28-36; 9:12-17; 12:28-30; 13:25-29; 14:16-40; 18:1-7; 18:24-31; 22:31-36; 23:8-10<br><br>Figures 1-7, 10-12, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no. 11/166,407, including the full specification, including all figures<br><br>3/8/2010 Amendments and Remarks<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 8/3/2009 Amendments and Remarks |
| | | 9/23/2009 Office Action |
| | | 3/30/2010 Amendment and Remarks |
| | | 6/18/2010 Office Action |
| | | **Extrinsic:** |
| | | IEEE Dictionary (1996) at 988-992 |
| | | The Telecommunications Fact Book and Illustrated Dictionary (2006) at 168 |
| | | Dictionary of Telecommunications (1981) at 249 |
| | | The Telecommunications Illustrated Dictionary (2002) at 270 |
| | | Webster's New World Telecom Dictionary (2008) at 142, 438 |
| | | Hargrave's Communications Dictionary (2001) at 168, 469, 471 |
| | | Dictionary of Computing & Communications (2003) at 109, 343 |
| | | Merriam Webster Online Dictionary (2014) ("Reside," "Signal," and "Domain") |
| | | Random House Webster's Dictionary (2001) at 209, 614, 668 |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| **control point (CP)<br>logic** | Control point executable instruction(s). | All citations in this Exhibit A related to "CP" or "logic" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-6:43; 6:63-67; 13:30-14:15; 15:50-16:42; 16:54-18:13; 19:66-67; 20:23-30; 21:14-27; 22:22-30<br><br>Figures 4-8, 10-12, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>Proxy: AYL0001285-1308<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no. 11/166,407, including the full specification, including |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |
| | | 7/24/2008 Office Action |
| | | 2/6/2009 Amendments and Remarks |
| | | 4/21/2009 Office Action |
| | | 8/3/2009 Amendments and Remarks |
| | | 9/23/2009 Office Action |
| | | 3/30/2010 Amendment and Remarks |
| | | 6/18/2010 Office Action |
| | | **Extrinsic:** |
| | | Dictionary of Computing & Communications (2003) at 74 and 75 |
| | | Merriam Webster Online Dictionary (2014) ("Control") |
| | | Oxford Dictionaries Online (2014) ("Control") |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | Random House Webster's Dictionary (2001) at 155 |
| **media renderer** | Audiovisual content renderer. | All citations in this Exhibit A related to "media" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:42-6:42; 13:43-14:7; 15:14-27; 15:36-37; 16:14-17:59; 18:8-13; 18:42-50; 21:7-13; 22:22-47; 23:4-23; 23:62-63<br><br>Figures 4, 10-12, 14-17<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no. |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 11/166,407, including the full specification, including all figures<br><br>3/8/2010 Amendments and Remarks<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. 11/282,924, including the full specification, including all figures<br><br>7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action |
| **media server** | Audiovisual content server. | All citations in this Exhibit A related to "media" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-6:42; 13:43-14:15; 16:14-17:59; 18:8-13; 21:48-22:3; 22:31-24:29 |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | Figures 1, 4, 6-8, 10, 14-17 |
| | | The prosecution history of the '753 patent, including 2/19/2009 Office Action |
| | | 8/19/2009 Amendment and Remarks |
| | | 12/22/2009 Examiner's Amendment |
| | | The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks |
| | | 2/13/2012 Office Action |
| | | 3/22/2012 Office Action |
| | | 9/21/2012 Amendments and Remarks |
| | | 2/22/2013 Amendments to Claims |
| | | 3/14/2013 Notice of Allowability |
| | | The prosecution history of application no. 11/166,407, including the full specification, including all figures |
| | | 3/8/2010 Amendments and Remarks |
| | | 8/21/2009 Office Action |
| | | The prosecution history of application no. 11/282,924, including the full specification, including all figures |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | 7/24/2008 Office Action<br><br>2/6/2009 Amendments and Remarks<br><br>4/21/2009 Office Action<br><br>8/3/2009 Amendments and Remarks<br><br>9/23/2009 Office Action<br><br>3/30/2010 Amendment and Remarks<br><br>6/18/2010 Office Action<br><br>**Extrinsic:**<br><br>The Telecommunications Fact Book and Illustrated Dictionary (2006) at 168<br><br>Random House Webster's Dictionary (2001) at 656 |
| **personal agent logic** | Executable instruction(s) on the UE. | All citations in this Exhibit A related to "logic" or "UE" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 1:20-23; 2:32-43; 3:67-4:3; 4:17-31; 5:49-6:42; 6:51-52; 6:55; 7:31-36; 7:41-64; 8:1-24; 8:30-45; 8:54-9:8; 9:48-57; 9:67-10:2; 10:7-12; 10:19-30; 10:59-11:7; 11:16-52; 11:52-12:6; 13:36-42; 14-8-15; 14:20-27; 18:8-19; 18:32-34; 18:51-59; 19:6-9; 19:13-20; 22:4-17 |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| | | Figures 1, 2, 4, 7-12, 14-17<br><br>The prosecution history of the '753 patent, including<br>2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>The prosecution history of the '412 patent, including<br>9/14/2011 Amendment to Claims and Remarks<br><br>2/13/2012 Office Action<br><br>3/22/2012 Office Action<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>3/14/2013 Notice of Allowability<br><br>The prosecution history of application no.<br>11/166,407, including the full specification, including<br>all figures<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no.<br>11/282,924, including the full specification, including<br>all figures<br><br>7/24/2008 Office Action |

| Claim 2<br>Claim Term /<br>Phrase | Avlus'<br>Preliminary Construction | Intrinsic and Extrinsic<br>Support |
|---|---|---|
| **wide area network** | | See above |
| **utilizing the wide area network for control** | Utilizing an electronic communication network that connects nodes in a large geographical area for control. | All citations in this Exhibit A related to "network" or "control" are incorporated herein by reference.<br><br>**Intrinsic:**<br><br>The specification of the '412 patent, including cols. 5:35-42; 17:7-32; 17:60-63; 18:32-41.<br><br>Figures 1-6, 11-17.<br><br>The prosecution history of the '753 patent, including 2/19/2009 Office Action<br><br>8/19/2009 Amendment and Remarks<br><br>12/22/2009 Examiner's Amendment<br><br>The prosecution history of the '412 patent, including 9/14/2011 Amendment to Claims and Remarks<br><br>9/21/2012 Amendments and Remarks<br><br>2/22/2013 Amendments to Claims<br><br>The prosecution history of application no. 11/166,407, including the full specification, including all figures<br><br>8/21/2009 Office Action<br><br>The prosecution history of application no. |

| Claim 2 Claim Term / Phrase | Avlus' Preliminary Construction | Intrinsic and Extrinsic Support |
|---|---|---|
| | | 11/282,924, including the full specification, including all figures |
| | | 3/30/2010 Amendment and Remarks |
| | | 6/18/2010 Office Action |
| | | **Extrinsic:** |
| | | Dictionary of Computing & Communications (2003) at 74 and 75 |
| | | Merriam Webster Online Dictionary (2014) ("Control") |
| | | Oxford Dictionaries Online (2014) ("Control") |
| | | Random House Webster's Dictionary (2001) at 155 |

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served by electronic mail upon the following:

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Telephone:  650.833.2000
Facsimile:   650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701

Attorneys for Defendant
APPLE INC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2014, at San Francisco, California.

*/s/ William O. Cooper*
William O. Cooper