1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   AYLUS NETWORKS, INC.,                    CASE NO.  3:13-cv-04700-EMC

13            Plaintiff,                      **[PROPOSED] ORDER GRANTING
                                             DEFENDANT APPLE INC.'S MOTION TO
14        v.                                 STRIKE EXPERT DECLARATION OF
                                             DANIEL J. WIGDOR IN SUPPORT OF
15   APPLE INC.,                             AYLUS'S REPLY CLAIM
                                             CONSTRUCTION BRIEF**
16            Defendant.
                                             Hearing date:  TBD
17                                           Hearing time:  TBD
                                             Place:  Courtroom 5, 17th Floor
18                                           Judge:  Honorable Edward M. Chen

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\251151643.1
337722-000046

[PROP] ORDER GRANTING APPLE'S MOTION TO STRIKE WIGDOR EXPERT
DECLARATION / CASE NO. 13-CV-4700-EMC

Defendant Apple Inc.'s ("Apple") Motion To Strike Expert Declaration of Daniel Wigdor In Support of Aylus's Reply Claim Construction Brief ("Motion To Strike"), came on for hearing on October ___, 2014, in the above-titled Court. After consideration of the pleadings and memoranda filed by the parties with respect to the Motion to Strike, and after hearing the arguments of counsel, good cause appearing, it is hereby ordered, adjudged and decreed that Apple's Motion To Strike is GRANTED.

IT IS HEREBY ORDERED THAT the expert witness declaration of Daniel Wigdor filed in support of Aylus's reply claim construction brief as well as all references or arguments made in Aylus's reply claim construction brief that refer to or rely on Daniel Wigdor's declaration are stricken.

DATED: _____, 2014

_____
HONORABLE EDWARD M. CHEN

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\251151643.1
337722-000046

[PROP] ORDER GRANTING APPLE'S MOTION TO STRIKE WIGDOR EXPERT DECLARATION / CASE NO. 13-CV-4700-EMC