QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Telephone: 650.833.2000
Facsimile:  650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone: (619) 699-2700
Facsimile:  (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>                    Defendant. | CASE NO.  3:13-cv-04700-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE** |

05010.00001/6280202.8

WHEREAS, Apple filed its Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief on October 9, 2014.

WHEREAS, Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.

WHEREAS, Apple will file a Second Motion to Strike related to exhibits used in Aylus' Reply Claim Construction Brief.

WHEREAS, as regularly noticed, all of the above motions to strike would be heard after the November 10, 2014 Claim Construction Hearing.

WHEREAS, both Apple and Aylus seek the Court's rulings on their respective motions prior to the Claim Construction Hearing scheduled for November 10, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED by the parties that the Court issue an order adopting the following schedule for briefing and argument of the parties' respective motions to strike:

1. Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.

2. By 1 P.M. on October 14, 2014, Apple will file its Second Motion to Strike.

3. By 12 P.M. on October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.

4. By October 16, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.

5. By October 16, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.

6. By October 17, 2014, both Apple and Aylus will file reply briefs, if any, for all motions to strike.

05010.00001/6280202.1                                    -1-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

7. On October 20, 2014, the Court will hear all arguments related to all motions to strike proposed by the parties in this stipulation.

[OR AS AN ALTERNATIVE SCHEDULE:]

1. Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.

2. By October 14, 2014, Apple will file its Second Motion to Strike.

3. By October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.

4. By 12 P.M. on October 17, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.

5. By 12 P.M. on October 17, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.

6. By October 20, 2014, Apple will file its reply brief, if any, for its Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.

7. By October 21, 2014, Aylus will file its reply brief, if any, for its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.

8. By October 21, 2014, Apple will file its reply brief, if any, for its Second Motion to Strike.

9. On October 23, 2014, the Court will hear all argument related to all motions to strike proposed by the parties in this stipulation.

-2-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 13, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ *Amar L. Thakur* | /s/ *Mark D. Fowler* |
| Harold A. Barza | MARK D. FOWLER |
| Amar L. Thakur | CHRISTINE K. CORBETT |
| Vincent Pollmeier | ROBERT BUERGI |
| | ROBERT WILLIAMS |
| Attorneys for Plaintiff, | ERIK R. FUEHRER |
| Aylus Networks, Inc. | JONATHAN HICKS |
| | |
| | Attorneys for Defendant, |
| | Apple Inc. |

05010.00001/6280202.1

-3-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

# [PROPOSED] ORDER

Aylus shall file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.  By 1 P.M. on October 14, 2014, Apple shall file its Second Motion to Strike.  By 12 P.M. on October 15, 2014, Aylus shall file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By October 16, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By October 16, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.  By October 17, 2014, both Apple and Aylus will file reply briefs, if any, for all motions to strike.  On October 20, 2014, the Court, at the Claim Construction Tutorial, will hear all arguments related to all motions to strike proposed by the parties in this stipulation.

[OR]

Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.  By October 14, 2014, Apple will file its Second Motion to Strike.  By October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By 12 P.M. on October 17, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By 12 P.M. on October 17, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.  By October 20, 2014, Apple will file its reply brief, if any, for its Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By October 21, 2014, Aylus will file its reply brief, if any, for its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By October 21, 2014, Apple will file its reply brief, if any, for its Second Motion to Strike.  On October 23,

05010.00001/6280202.1

-4-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

1  2014, the Court will hear all arguments related to all motions to strike proposed by the parties in
2  this stipulation.
3
4
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
6
7  Dated: _____        By: _____
                                            Edward M. Chen
8                                           United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28