QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Apple, Inc., a California corporation<br><br>Defendant. | CASE NO. 3:13-cv-4700-EMC<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING SCHEDULE AND HEARING ON APPLE'S MOTION TO STRIKE EXPERT DECLARATION OF DANIEL J. WIGDOR**<br><br>DATE: TBD<br>TIME: TBD<br>PLACE: Courtroom 5, 17th Floor<br>JUDGE: Honorable Edward M. Chen |

Having considered the parties' arguments and evidence in support of and in opposition to Apple Inc.'s ("Apple") Motion to Shorten Time for Briefing Schedule and Hearing On Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief ("Motion to Shorten Time"), **IT IS HEREBY ORDERED** that Apple's Motion to Shorten Times is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2014

The Honorable Edward M. Chen
United States District Judge

05010.00001/6281960.1

-2-

Case No. :13-cv-4700-EMC

[PROPOSED] ORDER DENYING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING SCHEDULE AND HEARING ON APPLE'S MOTION TO STRIKE EXPERT DECLARATION OF DANIEL J. WIGDOR