| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MARK D. FOWLER, Bar No. 124235 |
|   Harold A. Barza (Bar No. 80888) | mark.fowler@dlapiper.com |
|   halbarza@quinnemanuel.com | CHRISTINE K. CORBETT, Bar No. 209128 |
|   Amar L. Thakur (Bar No. 194025) | christine.corbett@dlapiper.com |
|   amarthakur@quinnemanuel.com | ROBERT BUERGI, Bar No. 242910 |
|   Vincent Pollmeier (Bar No. 210684) | robert.buergi@dlapiper.com |
|   vincentpollmeier@quinnemanuel.com | ERIK R. FUEHRER, Bar No. 252578 |
| 865 South Figueroa Street, 10th Floor | erik.fuehrer@dlapiper.com |
| Los Angeles, California 90017-2543 | JONATHAN HICKS, Bar No. 274634 |
| Telephone:     (213) 443-3000 | jonathan.hicks@dlapiper.com |
| Facsimile:      (213) 443-3100 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | East Palo Alto, CA  94303-2214 |
|   William O. Cooper (Bar No. 279385) | Telephone: 650.833.2000 |
|   willcooper@quinnemanuel.com | Facsimile:  650.833.2001 |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | ROBERT WILLIAMS, Bar No. 246990 |
| Telephone:     (415) 875-6600 | robert.williams@dlapiper.com |
| Facsimile:      (415) 875-6700 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| Attorneys for Plaintiff, | San Diego, CA  92101-4297 |
| Aylus Networks, Inc. | Telephone: (619) 699-2700 |
| | Facsimile:  (619) 699-2701 |
| | |
| | Attorneys for Defendant |
| | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>            Defendant. | CASE NO.  3:13-cv-04700-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE**  (Revised) |

05010.00001/6280202.8

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

1  WHEREAS, Apple filed its Motion to Strike Expert Declaration of Daniel J. Wigdor in
2  Support of Aylus's Reply Claim Construction Brief on October 9, 2014.
3  WHEREAS, Aylus will file its Motion to Strike Apple's Non-Disclosed Claim
4  Construction Evidence on October 13, 2014.
5  WHEREAS, Apple will file a Second Motion to Strike related to exhibits used in Aylus'
6  Reply Claim Construction Brief.
7  WHEREAS, as regularly noticed, all of the above motions to strike would be heard after
8  the November 10, 2014 Claim Construction Hearing.
9  WHEREAS, both Apple and Aylus seek the Court's rulings on their respective motions
10 prior to the Claim Construction Hearing scheduled for November 10, 2014.
11 NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY
12 REQUESTED by the parties that the Court issue an order adopting the following schedule for
13 briefing and argument of the parties' respective motions to strike:

1. Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.
2. By 1 P.M. on October 14, 2014, Apple will file its Second Motion to Strike.
3. By 12 P.M. on October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.
4. By October 16, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.
5. By October 16, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.
6. By October 17, 2014, both Apple and Aylus will file reply briefs, if any, for all motions to strike.

05010.00001/6280202.1

-1-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

7. On October 20, 2014, the Court will hear all arguments related to all motions to strike proposed by the parties in this stipulation.

[OR AS AN ALTERNATIVE SCHEDULE:]

1. Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.

2. By October 14, 2014, Apple will file its Second Motion to Strike.

3. By October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.

4. By 12 P.M. on October 17, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.

5. By 12 P.M. on October 17, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.

6. By October 20, 2014, Apple will file its reply brief, if any, for its Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.

7. By October 21, 2014, Aylus will file its reply brief, if any, for its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.

8. By October 21, 2014, Apple will file its reply brief, if any, for its Second Motion to Strike.

9. On October 23, 2014, the Court will hear all argument related to all motions to strike proposed by the parties in this stipulation.

05010.00001/6280202.1

-2-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 13, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ *Amar L. Thakur* | /s/ *Mark D. Fowler* |
| Harold A. Barza | MARK D. FOWLER |
| Amar L. Thakur | CHRISTINE K. CORBETT |
| Vincent Pollmeier | ROBERT BUERGI |
|  | ROBERT WILLIAMS |
| Attorneys for Plaintiff, | ERIK R. FUEHRER |
| Aylus Networks, Inc. | JONATHAN HICKS |
|  | Attorneys for Defendant, Apple Inc. |

05010.00001/6280202.1

-3-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

# [PROPOSED] ORDER

Aylus shall file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.  By 1 P.M. on October 14, 2014, Apple shall file its Second Motion to Strike.  By 12 P.M. on October 15, 2014, Aylus shall file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By October 16, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By October 16, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.  By October 17, 2014, both Apple and Aylus will file reply briefs, if any, for all motions to strike.  ~~On October 20, 2014, the Court, at the Claim Construction Tutorial, will hear all arguments related to all motions to strike proposed by the parties in this stipulation~~.  Motions 65, 67 and 69 to be heard on Wednesday October 22, 2014 at 12:30 p.m.

[~~OR~~]

Aylus will file its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence on October 13, 2014.  By October 14, 2014, Apple will file its Second Motion to Strike.  By October 15, 2014, Aylus will file its opposition, if any, to Apple's Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By 12 P.M. on October 17, 2014, Apple will file its opposition, if any, to Aylus' Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By 12 P.M. on October 17, 2014, Aylus will file its opposition, if any, to Apple's Second Motion to Strike.  By October 20, 2014, Apple will file its reply brief, if any, for its Motion to Strike Expert Declaration of Daniel J. Wigdor in Support of Aylus's Reply Claim Construction Brief.  By October 21, 2014, Aylus will file its reply brief, if any, for its Motion to Strike Apple's Non-Disclosed Claim Construction Evidence.  By October 21, 2014, Apple will file its reply brief, if any, for its Second Motion to Strike.  On October 23,

05010.00001/6280220

-4-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE

1  2014, the Court will ~~hear all arguments~~ related to all motions to strike proposed by the parties in
2  this stipulation.

3

4

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7  Dated:         October 15, 2014        By: _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

05010.00001/6280202.1

-5-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING
AND ARGUMENT FOR AYLUS' AND APPLE'S RESPECTIVE MOTIONS TO STRIKE