Harold A. Barza (Bar No. 80888)
halbarza@quinnemanuel.com
Amar L. Thakur (Bar No. 194025)
amarthakur@quinnemanuel.com
Vincent Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: 213.443.3000
Facsimile: 213.443.3100

William O. Cooper (Bar No. 279385)
willcooper@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111

Attorneys for Plaintiff
AYLUS NETWORKS, INC.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:13-cv-04700-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING ENTRY OF EQUIPMENT INTO THE COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
DLA Piper LLP (US)
East Palo Alto

WEST\251260268.1

-1-
STIP & [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER GEN ORDER NO. 58
FOR TECH TUTORIAL AND CLAIM CONSTRUCTION HEARING / CASE NO. 13-CV-4700-EMC

Pursuant to General Order 58, Aylus Networks, Inc. ("Aylus") and Apple Inc. ("Apple") (collectively, the "Parties") respectfully submit this Stipulation And [Proposed] Order Regarding Entry Of Equipment Into The Court Pursuant To General Order No. 58 For The Technology Tutorial And Claim Construction Hearing.

WHEREAS, on October 20, 2014, at 2:30 p.m., the Court is scheduled to receive the presentation of the parties' technology tutorials and on November 10, 2014, at 2:30 p.m., the Court is scheduled to conduct a claim construction hearing in this case.

WHEREAS, the parties intend to use projectors, related projection equipment, ELMOs, switches, and laptop computers to present their technology tutorials to the Court and their presentations at the claim construction hearing.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting projectors, related projection equipment, ELMOs, switches, and laptop computers to be brought into the Courtroom to be used by the parties in presenting their tutorials to the Court and their presentations at the claim construction hearing.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 10, 2014  DLA PIPER LLP (US)

By: /s/ *Erik R. Fuehrer*
MARK D. FOWLER
CHRISTINE K. CORBETT
ROBERT BUERGI
ROBERT WILLIAMS
ERIK R. FUEHRER
JONATHAN HICKS

Attorneys for Defendant
Apple Inc.

DLA Piper LLP (US)
East Palo Alto

WEST\251260268.1

-2-
STIP & [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER GEN ORDER NO. 58
FOR TECH TUTORIAL AND CLAIM CONSTRUCTION HEARING / CASE NO. 13-CV-4700-EMC

Dated: October 10, 2014	QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Amar L. Thakur*
HAROLD A. BARZA
AMAR L. THAKUR
VINCENT POLLMEIER

Attorneys for Plaintiff
Aylus Networks, Inc.

### **[~~PROPOS~~ED] ORDER**

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, ELMOs, switches, and laptop computers may be brought into Courtroom 5, 17th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on October 20, 2014 for the express purpose of presenting the technology tutorial presentation and on November 10, 2014, for the express purposes of presenting at the claim construction hearing.

IT IS FURTHER ORDERED that:

the parties may enter Courtroom 5 for the purpose of setting up equipment to be used in conjunction with:

- The technology tutorial on October 20, 2014 at 2:30 ~~a.~~pm; and
- The claim construction hearing on November 10, 2014 at 2:30 pm ~~a.m.~~

IT IS SO ORDERED. Counsel shall contact Courtroom Deputy Betty Lee at (415) 522-2034 regarding the Court's evidence cart system.

Dated: 10/15/14

Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

DLA Piper LLP (US)
East Palo Alto

WEST\251260268.1

-3-
STIP & [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER GEN ORDER NO. 58 FOR TECH TUTORIAL AND CLAIM CONSTRUCTION HEARING / CASE NO. 13-CV-4700-EMC

**ECF CERTIFICATION**

I, Erik Fuehrer, am the ECF user whose identification and password are being used to file this joint motion in compliance with Civil L.R. 5-4. Concurrence to the filing of this document was obtained from Amar L. Thakur, counsel for Aylus Networks, Inc., on October 10, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 10, 2014  /s/ *Erik R. Fuehrer*
 Erik R. Fuehrer

-4-
WEST\251260268.1  STIP & [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PER GEN ORDER NO. 58 FOR TECH TUTORIAL AND CLAIM CONSTRUCTION HEARING / CASE NO. 13-CV-4700-EMC

DLA Piper LLP (US)
East Palo Alto