**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** | October 20, 2014 | **FAR Time:** 2:31-4:16 |
| **Case No. and Name:** | C13-4700 EMC Aylus Networks v. Apple | |
| **Attorneys:** | Amar Thakur and William Cooper for Plaintiff<br>Jon Hicks, Christine Corbett, Robert Buergi, Erik Fuehrer, Kim Moore, and Mark Flower for Defendant | |
| **Deputy Clerk:** | Betty Lee | |

**PROCEEDINGS:**

- TUTORIAL

**SUMMARY:**

Tutorial held. Claim construction hearing is scheduled for 11/10/14 at 2:30 p.m.

The Court denied the motions to strike (Docket #s 65, 67 and 69) and vacated the 10/22/14 hearing. Defendant's motion for leave to file supplemental reply claim construction brief (Docket #63) is granted. Supplemental reply shall be filed by 10/24/14. The hearing on Defendant's motion to stay (Docket #61) set for 11/4/14 is vacated. Court to issue order on paper.