QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>            Defendant. | CASE NO. 3:13-cv-04700-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING PROPOSED CLAIM CONSTRUCTIONS** |

| | |
|---|---|
| 1 | WHEREAS, Aylus Networks, Inc. ("Aylus") and Apple Inc. ("Apple") filed their Joint Claim Construction and Prehearing Statement on July 28, 2014. |
| 2 | |
| 3 | WHEREAS, Aylus filed its Opening Claim Construction Brief on September 11, 2014. |
| 4 | WHEREAS, Apple filed its Responsive Claim Construction Brief on September 25, 2014. |
| 5 | WHEREAS, Aylus filed its Reply Claim Construction Brief on October, 2, 2014. |
| 6 | WHEREAS, Apple filed its Supplemental Claim Construction Brief on October 24, 2014. |
| 7 | WHEREAS, both Apple and Aylus, after meeting and conferring, request that the Court proceed with the Claim Construction hearing (notwithstanding Apple's pending motion to stay) consistent with updated proposed claim constructions. |
| 8 | |
| 9 | |
| 10 | WHEREAS, both Apple and Aylus now agree upon constructions for the claim terms "wide area network," "remote from the UE," and "resides in the signaling domain." |
| 11 | |
| 12 | WHEREAS, Apple has revised its proposed construction regarding the claim term "cooperate with the [network control point/the serving node] CP logic." |
| 13 | |
| 14 | WHEREAS, Aylus has revised its proposed construction regarding the claim term "serving node." |
| 15 | |
| 16 | WHEREAS, the presentation of the proposed terms at the claim construction hearing will now be as follows: |
| 17 | |
| 18 | 1. "Negotiate media content delivery between the MS and the MR." |
| 19 | 2. "VCR controls" |
| 20 | 3. "Cooperate with [network control point/the serving node] CP logic" |
| 21 | 4. "Video play controls" |
| 22 | 5. "The CP logic . . . serves as a [first/second] proxy" |
| 23 | 6. "Handset" |
| 24 | 7. "Serving node" |

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY

2  REQUESTED by the parties that the Court proceed with the Claim Construction hearing

3  (notwithstanding Apple's pending motion to stay) with the following proposed constructions:

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed-Upon Construction |
|---|---|---|---|
| Wide area network | | | Plain and ordinary meaning. |
| Remote from the UE | | | Plain and ordinary meaning. |
| Resides in the signaling domain | | | The CP logic never receives any media content. The CP logic is involved only in commands and instructions and is not in the media path. |
| Serving node | A node configured to establish communication with the UE. | A node configured to establish an IMS session with the UE. | |
| Cooperate with [network control point/the serving node] CP logic | Plain and ordinary meaning.<br><br>Alternative construction: Work with CP logic to coordinate transport of audiovisual content from the MS to the MR. | The CPP logic communicates with at least one of the MS and MR and the CP logic communicates with at least the other of the MS and MR. | |

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 3, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DLA PIPER LLP (US) |
|---|---|
| /s/ *Amar L. Thakur* | /s/ *Mark D. Fowler* |
| Harold A. Barza | MARK D. FOWLER |
| Amar L. Thakur | CHRISTINE K. CORBETT |
| Vincent Pollmeier | ROBERT BUERGI |
|  | ROBERT WILLIAMS |
| Attorneys for Plaintiff, | ERIK R. FUEHRER |
| Aylus Networks, Inc. | JONATHAN HICKS |
|  | Attorneys for Defendant, |
|  | Apple Inc. |

The Court hereby agrees to proceed with the Claim Construction hearing with the following proposed constructions:

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Agreed-Upon Construction |
|---|---|---|---|
| Wide area network | | | Plain and ordinary meaning. |
| Remote from the UE | | | Plain and ordinary meaning. |
| Resides in the signaling domain | | | The CP logic never receives any media content. The CP logic is involved only in commands and instructions and is not in the media path. |
| Serving node | A node configured to establish communication with the UE. | A node configured to establish an IMS session with the UE. | |
| Cooperate with [network control point/the serving node] CP logic | Plain and ordinary meaning.<br><br>Alternative construction: Work with CP logic to coordinate transport of audiovisual content from the MS to the MR. | The CPP logic communicates with at least one of the MS and MR and the CP logic communicates with at least the other of the MS and MR. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/4/14       By: _____
Edward M. Chen
United States District Judge



-4-

Case No. 3:13-cv-04700-EMC
STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED CLAIM CONSTRUCTIONS

05010.00001/6311523.2