UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYLUS NETWORKS, INC., a Delaware corporation,

    Plaintiff,

v.

APPLE, INC., a California corporation,

    Defendant.
_____/

No. C-13-4700 EMC

**ORDER RE RESCHEDULING CLAIM CONSTRUCTION HEARING AND SUPPLEMENTAL BRIEFING**

On November 4, 2014, the parties filed a stipulation, requesting, among other things, to amend their proposed constructions for two of the disputed claim terms— *e.g.* "serving node" and "cooperate with [network control point/the serving node] CP logic." Docket No. 87. The Court granted the parties' request. Docket No. 88.

Parties shall submit cross-filed supplemental briefs regarding the new proposed construction of the term "serving node." Briefs will be limited to four (4) pages and shall be filed by 2:00 pm, November 10, 2014. Hearing for the claim construction will be held at 1:00 pm, November 21, 2014.

    IT IS SO ORDERED.

Dated: November 4, 2014

_____
EDWARD M. CHEN
United States District Judge