QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Apple Inc., a California corporation<br><br>Defendant. | CASE NO. 3:13-cv-4700-EMC<br><br>**DECLARATION OF WILLIAM O. COOPER IN SUPPORT OF AYLUS' SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

## DECLARATION OF WILLIAM O. COOPER

I, William O. Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Aylus Networks, Inc. ("Aylus"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. **EXHIBIT 1** is a true and accurate copy of U.S Patent No. RE44,412 (the '412 Patent).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on November 10, 2014.

*/s/ William O. Cooper*
William O. Cooper

05010.00001/6324755.1

-2- Case No. :13-cv-4700-EMC
DECLARATION OF WILLIAM O. COOPER IN SUPPORT OF AYLUS'
SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF