QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>Apple Inc., a California corporation<br><br>        Defendant. | CASE NO. 3:13-cv-4700-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PATENT LOCAL RULE 3-7 DISCLOSURE DEADLINE** |

Pursuant to Civil Local Rule 6-1 and 6-2, Plaintiff Aylus Networks, Inc. ("Aylus") and Defendant Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, on February 6, 2014, the parties filed a Joint Case Management Statement requesting that the deadline for Advice of Counsel disclosures under Patent L.R. 3-7 ("Patent L.R. 3-7 deadline") be set for 50 days after claim construction order (Dkt. No. 28);

WHEREAS, on February 13, 2014, after the initial Case Management Conference in this case, the Court issued an order setting the Patent L.R. 3-7 deadline as "50 days after claim construction hearing" and set "Mediation is to be completed 45 days after the Court issues a claim construction order" (Dkt. No. 30);

WHEREAS, the current deadline for Patent L.R. 3-7 disclosures is January 9, 2015;

WHEREAS, the parties have met and conferred in good faith and request that the Court extend the Patent L.R. 3-7 deadline to until 31 days after the Court issues its claim construction order; and

WHEREAS, the requested time modification will only alter the date of the Patent L.R. 3-7 deadline and not alter any other event or any deadline already fixed by Court order.

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, that the deadline under Patent Local Rule 3-7 be extended to 31 days after the Court issues its claim construction order in this case.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2015 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: /s/ Amar L Thakur
    AMAR L. THAKUR
    Attorneys for Plaintiff,
    Aylus Networks, Inc

Dated: January 8, 2015                DLA PIPER LLP (US)

By: /s/ Erik R. Fuehrer
    MARK D. FOWLER
    CHRISTINE K. CORBETT
    ROBERT BUERGI
    ROBERT WILLIAMS
    ERIK R. FUEHRER
    JONATHAN HICKS
    Attorneys for Defendant
    Apple Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/9/15 _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **ATTESTATION CLAUSE**

I, Erik R. Fuehrer, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PATENT LOCAL RULE 3-7 DISCLOSURE DEADLINE. In compliance with Civil Rule 5-1(i)(3), I hereby attest that Amar L. Thakur has concurred in this filing.

Dated:  January 8, 2015                                   DLA PIPER LLP (US)


                                                          By: /s/ Erik R. Fuehrer
                                                              ERIK R. FUEHRER
                                                              Attorneys for Defendant,
                                                              Apple Inc.