1
2
3
4
5
6
7
8
9
10
11
12
13

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Amar L. Thakur (Bar No. 194025)
  amarthakur@quinnemanuel.com
  Vincent Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  William O. Cooper (Bar No. 279385)
  willcooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Telephone:  650.833.2000
Facsimile:  650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701

Attorneys for Defendant
APPLE INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17
18
19
20
21
22
23
24

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Apple Inc., a California corporation<br><br>                    Defendant. | CASE NO. 3:13-cv-4700-EMC<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>**Date: February 12, 2015**<br>**Time: 10:30 a.m.**<br>**Judge: Edward M. Chen**<br>**Courtroom:  5, 17th floor** |

25
26
27
28

        Pursuant to the Civil Local Rules, the Patent Local Rules, and the Clerk's January

26, 2015 Notice  (Dkt No. 101), plaintiff Aylus Networks, Inc., ("Aylus") and defendant

Apple Inc. ("Apple") submit this Further Joint Case Management Statement in anticipation

05010.00001/6489347.1

FURTHER JOINT CASE MANAGEMENT STATEMENT

1  of the Further Case Management Conference scheduled for February 12, 2015 at 10:30

2  a.m., Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, California, before

3  the Honorable Edward Chen.  The parties make the following representations and

4  proposals.  For the Court's convenience, this further case management statement only

5  addresses new issues raised by the parties not already covered by the parties' February 6,

6  2014 Joint Case Management Statement(Dkt. No. 26), August 21, 2014, Further Case

7  Management Statement (Dkt. No. 50), and January 22, 2015 Further Case Management

8  Statement (Dkt. No. 100).

9        **2.**    **STATEMENT OF FACTS:**

10        On January 27 2015 the Court issued a Claim Construction order.  The parties have

11  agreed to conduct a mediation session within 45 days of the Court's order, on or before

12  March 13, 2015.

13        **4.**    **MOTIONS:** On February 4, 2015, the parties filed a Joint Discovery Letter

14  Brief.

15        **Aylus' position**: Given that Aylus' RFPs have been outstanding since March of

16  2014, and given that Apple's refusal to produce relevant documents relating to numerous

17  claim elements relates to nearly every Aylus RFP, Aylus respectfully requests that the

18  Court take up the issues contained in the letter at the February 12, 2015 Case Management

19  Conference.

20        **Apple's position**: Given the breadth of Aylus's discovery dispute, its refusal to

21  identify specific Requests for Production on which it seeks to compel and Apple's

22  proposal to produce technical documents sufficient to show the accused functionality, as

23  shown in Aylus's infringement contentions, for each of the claim limitations, to the extent

24  the Court is at all inclined to grant Aylus's request, Apple respectfully requests full

25  briefing and oral argument regarding this dispute.

26        **17.**    **SCHEDULING:**  The parties have attached a proposed schedule as Exhibit

27  A.

28

1    **18.    TRIAL:**  This matter is to be tried by a jury, and the parties expect the trial

2  to last nine days.

3    **19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR**

4  **PERSONS:**  The parties' disclosures of Interested Entities or Persons identified in the

5  February 6, 2014, Joint Case Management Statement remain current.

6    **20.    OTHER:**  Except as noted above, the parties are unaware of other matters

7  that may facilitate the just, speedy and inexpensive disposition of this matter.

8

9

10

11

12  Dated: February 5, 2015                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP

13

14                                            By: /s/ Amar L Thakur
                                                  AMAR L. THAKUR
15                                                Attorneys for Plaintiff,
                                                  Aylus Networks, Inc
16

17

18  Dated: February 5, 2015                    DLA PIPER LLP (US)

19

20                                            By: /s/ Mark D. Fowler
                                                  MARK D. FOWLER
21                                                CHRISTINE K. CORBETT
                                                  ROBERT BUERGI
22                                                ROBERT WILLIAMS
                                                  ERIK R. FUEHRER
23                                                JONATHAN HICKS
                                                  Attorneys for Defendant
24                                                Apple Inc.

25

26

27

28

05010.00001/6489347.1

1

**[PROPOSED] CASE MANAGEMENT ORDER**

2          The above FURTHER JOINT CASE MANAGEMENT STATEMENT &

3   [PROPOSED] PRE-TRIAL SCHEDULING ORDER is approved as the Case Management

4   Order for this case and all parties shall comply with its provisions.

5

6          IT IS SO ORDERED.

7

8   DATED:   _____

9
                                              _____
10                                            Hon. Edward M. Chen
                                              United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

| Action | Jointly Proposed Dates |
|---|---|
| Advice of counsel disclosures under PR 3-7 | 31 days after claim construction order |
| Mediation | 45 days after claim construction order |
| Fact Discovery Close | June 4, 2015 |
| Opening Expert Reports | August 7, 2015 |
| Rebuttal Expert Reports | September 9, 2015 |
| Deadline For Expert Discovery | September 29, 2015 |
| Deadline For Filing Dispositive Motions and Daubert Motions | October 19, 2015 |
| Deadline For Responding To Dispositive Motions and Daubert Motions | November 2, 2015 |
| Deadline for Replies To Dispositive Motions and Daubert Motions | November 9, 2015 |
| Hearing on dispositive motions | November 23, 2015 |
| Due date to submit notice of request for daily transcript or real time reporting of court proceedings | 21 days before trial |
| Deadline for lead counsel who will try the case to meet and confer regarding preparation and content of joint pretrial conference statement and preparation and exchange of pretrial materials | 42 days before pretrial conference |
| Deadline to Identify Trial Witnesses | 21 days before pre-trial conference |
| Deadline for Joint Pre-Trial Order and Joint Proposed Jury Instructions and Verdict Form | 21 days before pre-trial conference |
| Deadline to Object To Trial Witnesses | 21 days before pre-trial conference |
| Deadline for Motions in Limine | 21 days before pre-trial conference |
| Pretrial Conference | Based on Court's availability |
| Deadline for Parties to Submit Joint Jury Questionnaire, if Desired | 3 days before trial |
| Jury Selection | Based on Court's Availability |
| Trial | March 14, 2016 |

-5-
FURTHER JOINT CASE MANAGEMENT STATEMENT

1

**ATTESTATION CLAUSE**

2       I, William O. Cooper, am the ECF User whose identification and password are

3  being used to file this Joint Case Management Statement and Rule 26(f) Report and

4  [Proposed] Order. In compliance with  Civil Rule 5-1(i)(3), I hereby attest that Mark D.

5  Fowler has concurred in this filing.

6

7  Dated: February 5, 2015                           QUINN EMANUEL URQUHART &
                                                       SULLIVAN, LLP

8

9

10                                              By: /s/ William O. Cooper
                                                     WILLIAM O. COOPER
11                                                   Attorneys for Plaintiff,
                                                     Aylus Networks, Inc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28