United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYLUS NETWORKS, INC.,

    Plaintiff,

  v.

APPLE INC.,

    Defendant.

Case No. 13-cv-04700-EMC (KAW)

**ORDER REGARDING 02/04/15 JOINT DISCOVERY LETTER**

Re: Dkt. No. 103

The parties' February 4, 2015 joint discovery letter, Dkt. No. 103, was referred to the undersigned on February 10, 2015. Having reviewed the filing, the Court orders the parties to submit a supplemental joint letter that conforms to this Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*. At a minimum, Aylus shall identify the specific RFPs at issue, Apple shall explain in detail how producing the requested documents will create a burden, and both parties shall discuss whether that burden justifies limiting discovery on any ground set forth in Federal Rule of Civil Procedure 26(b)(2)(C). The parties' supplemental joint letter shall not exceed 14 double-spaced pages and shall be filed by no later than February 17, 2015. Upon receipt of the supplemental joint letter, the Court will determine whether a hearing is necessary or if the matter is suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b).

    **IT IS SO ORDERED**.

Dated: 02/11/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge