UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC., | No. C-13-4700 EMC |
| Plaintiff, | |
| v. | **ORDER RE OPPOSITION BRIEF TO DEFENDANT'S MOTION TO STAY** |
| APPLE INC., | |
| Defendant. | **(Docket No. 123)** |

Defendant Apple Inc. has filed a motion to stay. Plaintiff Aylus Networks, Inc.'s opposition brief is due on May 7, 2015. The Court hereby orders Aylus to file its opposition brief no later than **12:00 p.m.** on May 7.

IT IS SO ORDERED.

Dated: May 6, 2015

_____
EDWARD M. CHEN
United States District Judge