| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MARK D. FOWLER, Bar No. 124235 |
| Harold A. Barza (Bar No. 80888) | mark.fowler@dlapiper.com |
| halbarza@quinnemanuel.com | CHRISTINE K. CORBETT, Bar No. 209128 |
| Amar L. Thakur (Bar No. 194025) | christine.corbett@dlapiper.com |
| amarthakur@quinnemanuel.com | ROBERT BUERGI, Bar No. 242910 |
| Vincent Pollmeier (Bar No. 210684) | robert.buergi@dlapiper.com |
| vincentpollmeier@quinnemanuel.com | ERIK R. FUEHRER, Bar No. 252578 |
| 865 South Figueroa Street, 10th Floor | erik.fuehrer@dlapiper.com |
| Los Angeles, California 90017-2543 | JONATHAN HICKS, Bar No. 274634 |
| Telephone: (213) 443-3000 | jonathan.hicks@dlapiper.com |
| Facsimile: (213) 443-3100 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| | East Palo Alto, CA 94303-2214 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Telephone: 650.833.2000 |
| William O. Cooper (Bar No. 279385) | Facsimile: 650.833.2001 |
| willcooper@quinnemanuel.com | |
| Joseph B. Martin (Bar No. 284156) | ROBERT WILLIAMS, Bar No. 246990 |
| jobymartin@quinnemanuel.com | robert.williams@dlapiper.com |
| 50 California Street, 22nd Floor | **DLA PIPER LLP (US)** |
| San Francisco, California 94111 | 401 B Street, Suite 1700 |
| Telephone: (415) 875-6600 | San Diego, CA 92101-4297 |
| Facsimile: (415) 875-6700 | Telephone: (619) 699-2700 |
| | Facsimile: (619) 699-2701 |
| Attorneys for Plaintiff, | Attorneys for Defendant |
| Aylus Networks, Inc. | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Aylus Networks, Inc., | CASE NO. 3:13-cv-4700-EMC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** |
| Apple Inc. | |
| Defendant. | |

05010-00001/6544332.2

WHEREAS, Aylus Networks, Inc. ("Aylus") commenced the above-captioned action (the "Litigation") against Apple Inc. ("Apple," and together with Aylus, "the Parties," and individually each a "Party") on October 9, 2013;

WHEREAS, the Parties subsequently have produced thousands of pages of documents in connection with discovery in the Litigation; and

WHEREAS, the Parties have determined that it is in their mutual interest to avoid the significant and unnecessary burden and expense associated with the document-by-document authentication of documents, and that stipulating to the authenticity of certain documents will promote the orderly and efficient progress of the Litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. Absent affirmative evidence that a document or thing is not what it purports to be, the Parties agree that documents produced by either Apple or Aylus in the Litigation will be presumed authentic for purposes of Rule 901 of the Federal Rules of Evidence.

2. The Parties agree that, absent affirmative evidence to the contrary, documents produced from the records of either Party are presumptively business records for purposes of Rule 902(11).

3. Nothing in this stipulation shall be construed as an agreement that any documents or things that are subject to this stipulation are admissible into evidence by any Party, except as expressly addressed herein.  The Parties hereby expressly reserve the right to object to the admissibility of any document or thing under any grounds permitted by law and not expressly addressed herein.

1  Dated: July 17, 2015

2

3  QUINN EMANUEL URQUHART & SULLIVAN, LLP

DLA PIPER LLP (US)

4  /s/ *Amar L. Thakur*

   */s/ Christine K. Corbett*

5  Harold A. Barza
   Amar L. Thakur
6  Vincent Pollmeier

   MARK D. FOWLER
   CHRISTINE K. CORBETT
   ROBERT BUERGI
   ROBERT WILLIAMS
7  Attorneys for Plaintiff,
   Aylus Networks, Inc.
   ERIK R. FUEHRER
   JONATHAN HICKS
8

9  Attorneys for Defendant,
   Apple Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION CLAUSE**

I, Joseph B. Martin, am the ECF User whose identification and password are being used to file this Stipulated Protective Order. In compliance with Civil Rule 5-1(i)(3), I hereby attest that Christine K. Corbett and Amar L. Thakur have concurred in this filing.

Dated: July 17, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Joseph B. Martin
 Joseph B. Martin
 Attorneys for Plaintiff,
 Aylus Networks, Inc

1                                                 **[PROPOSED] ORDER**

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5    Dated:     7/17/15             By:        

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edwa[rd M. Chen]
Unite[d States District Judge]