Harold A. Barza (Bar No. 80888)
halbarza@quinnemanuel.com
Amar L. Thakur (Bar No. 194025)
amarthakur@quinnemanuel.com
Vincent Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: 213.443.3000
Facsimile:  213.443.3100

Attorneys for Plaintiff
AYLUS NETWORKS, INC.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Telephone: 650.833.2000
Facsimile:  650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone: (619) 699-2700
Facsimile:  (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | CASE NO.  3:13-cv-04700-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING *DAUBERT* MOTION DEADLINE** |

1     Pursuant to Civil Local Rule 6-2, Aylus Networks, Inc. ("Aylus") and Apple Inc.
2  ("Apple") (collectively, the "parties") respectfully submit this Stipulation And [Proposed] Order
3  Regarding *Daubert* Motion Deadline.
4     WHEREAS, on February 5, 2015, the parties filed a Further Joint Case Management
5  Statement including proposed deadlines for filing *Daubert* motions and proposing that those
6  motions be filed, briefed and heard by the Court concurrently with dispositive motions (Dkt. No.
7  104 at 5);
8     WHEREAS, on February 13, 2015, the Court issued a Case Management And Pretrial
9  Order For Jury Trial that set a last day for the parties to be heard for Dispositive Motions, but did
10 not set any deadlines to file *Daubert* motions (Dkt. No. 108);
11    WHEREAS, the parties have met and conferred in good faith and believe that judicial and
12 party resources will be best served if the Court hears any *Daubert* motions on the same schedule
13 set for dispositive motions;
14    WHEREAS, the parties also agree that, in order to accommodate the additional briefing
15 resulting from the filing of motions for summary judgment and *Daubert* motions concurrently,
16 the parties propose the following extensions to the current summary judgment motion schedule:

| Deadline | Current Motion for Summary Judgment Schedule | Proposed Dates for Summary Judgment and *Daubert* Motion Schedule |
|---|---|---|
| Opening Briefs | October 19, 2015 | October 19, 2015 |
| Opposition Briefs | November 2, 2015 | November 9, 2015 |
| Reply Briefs | November 9, 2015 | November 23, 2015 |
| Hearing | November 23, 2015 | December 7, 2015 (or the first date that the Court available date after December 7, 2015) |

22    WHEREAS, the requested time changes would not have any effect on any other dates in
23 the schedule for this case;
24    NOW, THEREFORE, the parties respectfully request that the Court issue an order
25 adopting the proposed stipulation for summary judgment and *Daubert* motion schedule proposed
26 by the parties, above.

1    **IT IS SO STIPULATED.**

                                                                         Respectfully submitted,

Dated: July 24, 2015          **DLA PIPER LLP (US)**

                                                  By: /s/ *Christine Corbett*
                                                       MARK D. FOWLER
                                                       CHRISTINE K. CORBETT
                                                       ROBERT BUERGI
                                                       ROBERT WILLIAMS
                                                       ERIK R. FUEHRER
                                                       JONATHAN HICKS

                                                   Attorneys for Defendant
                                                   Apple Inc.

Dated: July 24, 2015          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                                 By: */s/ Amar L. Thakur*
                                                       HAROLD A. BARZA
                                                       AMAR L. THAKUR
                                                       VINCENT POLLMEIER

                                                   Attorneys for Plaintiff
                                                   Aylus Networks, Inc.

1

# [~~PROPOSED~~] ORDER

2   IT IS HEREBY ORDERED that the Court adopts the following deadlines for the briefing

3 and hearing on any motions for summary judgment and *Daubert* motions in this case :

| Deadline | Proposed Motion for Summary Judgment and *Daubert* Motion Schedule |
|---|---|
| Opening Briefs | October 19, 2015 |
| Opposition Briefs | November 9, 2015 |
| Reply Briefs | November 23, 2015 |
| Hearing | December 7, 2015 (or the first date that the Court available date after December 7, 2015)  Dec. 10, 2015 at 1:30 p.m. |

Further status is reset from Nov. 23, 2015 to Dec. 10, 2015 at
IT IS SO ORDERED.  1:30 p.m.  An updated joint status report shall
                   be filed by Dec. 3, 2015.

Dated: 7/24/15

_____
Hon. Edward M. Chen
United States District Court Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## ECF CERTIFICATION

I, Erik Fuehrer, am the ECF user whose identification and password are being used to file this joint motion in compliance with Civil L.R. 5-4. Concurrence to the filing of this document was obtained from counsel for Aylus Networks, Inc. on July 24, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 24, 2015                              /s/ *Erik R. Fuehrer*
                                                                Erik R. Fuehrer