QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harold A. Barza (Bar No. 80888)
halbarza@quinnemanuel.com
Amar L. Thakur (Bar No. 194025)
amarthakur@quinnemanuel.com
Vincent Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Joseph B. Martin (Bar No. 284156)
jobymartin@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for Plaintiff,
Aylus Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aylus Networks, Inc., a Delaware corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>Apple, Inc., a California corporation<br><br>            Defendant. | CASE NO. 3:13-cv-4700<br><br>**NOTICE OF CHANGE OF COUNSEL** |

05010.00001/7135708.1

1    PLEASE TAKE NOTICE that WILLIAM O. COOPER hereby withdraws as
2  attorney of record for Aylus Networks, Inc. Mr. Cooper recently resigned from Quinn
3  Emanuel.
4    Counsel of record for Aylus otherwise remains the same.
5    Defendants respectfully request that ECF Notifications for this action be updated
6  accordingly to remove Mr. Cooper.  Copies of all pleadings and notices pertaining to the
7  above-entitle matter should continue to be forwarded to the remaining attorneys of record
8  for Aylus.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

05010.00001/7135708.1

-2-

NOTICE OF CHANGE OF COUNSEL

1  DATED:  August 25, 2015            QUINN EMANUEL URQUHART &
2                                                              SULLIVAN, LLP
3
                                                       By  /s/ Amar Thakur
4                                                         Amar Thakur
                                                          Attorneys for Plaintiff,
5                                                         Aylus Networks, Inc.

**ATTESTATION CLAUSE**

I, Joseph B. Martin, am the ECF User whose identification and password are being used to file this Stipulated Protective Order. In compliance with Civil Rule 5-1(i)(3), I hereby attest that Amar L. Thakur has concurred in this filing.

Dated: August 25, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: /s/ Joseph B. Martin
Joseph B. Martin
Attorneys for Plaintiff,
Aylus Networks, Inc