UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 13-cv-04700-EMC (KAW)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 177, 178 |

The parties to this case have filed two joint discovery letters. In one letter, Apple asks that the Court strike the supplemental report of Aylus' expert, Dan Schonfeld. (Joint Ltr., Dkt. No. 177.) The parties reference certain exhibits in the letter but did not attach them based on their reading of this Court's Standing Order. (*Id.* at 1 n.1.) The parties are ordered to file Mr. Schonfeld's opening report, his supplemental report, and any other exhibits that are referenced in, but not attached to, the joint letter by no later than October 23, 2015. They shall also provide courtesy chambers copies.

In the second joint letter, Aylus seeks to strike a section of the report of Apple's technical expert, Nathaniel Polish. (Joint Ltr., Dkt. No. 178.) Similarly, the parties did not attach a copy of the report and certain other exhibits referenced in the letter. The parties are ordered to file a copy of the report, and any other unattached exhibits, by no later than October 23, 2015. They shall also provide a courtesy copy of the exhibits and the joint letter, which the Court has not yet received.

IT IS SO ORDERED.

Dated: 10/21/2015

                                                  KANDIS A. WESTMORE
United States Magistrate Judge