QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harold A. Barza (Bar No. 80888)
halbarza@quinnemanuel.com
Amar L. Thakur (Bar No. 194025)
amarthakur@quinnemanuel.com
Vincent Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Joseph B. Martin (Bar No. 294156)
jobymartin@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Plaintiff
Aylus Networks, Inc.

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
ROBERT BUERGI, Bar No. 242910
robert.buergi@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

ROBERT WILLIAMS, Bar No. 246990
robert.williams@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AYLUS NETWORKS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation<br><br>Defendant. | CASE NO. 3:13-cv-4700-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY** |

05010-00001/7380814.1

STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY

1   Pursuant to Magistrate Judge Westmore's Order of November 2, 2015 (Dkt. 201),
2 the parties respectfully submit this Stipulation And [Proposed] Order Regarding Fact
3 Discovery.
4   WHEREAS, the Court's Case Management Order set a cut-off date of June 4, 2015
5 for fact discovery (Dkt. 108);
6   WHEREAS, on October 13, 2015, Aylus filed a motion to strike certain opinions
7 of Apple's non-infringement expert Dr. Nathaniel Polish regarding a design alternative
8 identified by Dr. Polish;
9   WHEREAS, on November 2, 2015, Judge Westmore denied Aylus' motion but
10 ruled that Aylus is entitled to conduct a 4-hour deposition of Apple engineer Colin
11 Meldrum regarding the design alternative identified by Dr. Polish (Dkt. 201 at 6);
12   WHEREAS, Judge Westmore further ruled that "[t]he parties shall prepare a
13 stipulation to the presiding judge seeking leave to conduct" Mr. Meldrum's deposition
14 (*id.*);
15   WHEREAS, the parties have agreed that Mr. Meldrum's deposition should take
16 place at 10 a.m. on December 4, 2015 at the Redwood Shores office of Aylus' counsel
17 Quinn Emanuel;
18   NOW, THEREFORE, the parties respectfully request that the Court issue an order
19 extending the fact discovery cut-off to allow a 4-hour deposition of Mr. Meldrum at 10
20 a.m. on December 4, 2015, at Quinn Emanuel's Redwood Shores office.
21   **IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 2, 2015 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|  | By: /s/ *Amar L. Thakur* <br> AMAR L. THAKUR <br> Attorneys for Plaintiff <br> Aylus Networks, Inc |
| Dated:  December 2, 2015 | DLA PIPER LLP (US) |
|  | By: /s/ *Erik R. Fuehrer* <br> MARK D. FOWLER <br> CHRISTINE K. CORBETT <br> ROBERT BUERGI <br> ROBERT WILLIAMS <br> ERIK R. FUEHRER <br> JONATHAN HICKS <br> Attorneys for Defendant <br> Apple, Inc. |

# [~~PROPO~~SED] ORDER

IT IS HEREBY ORDERED that:

Defendant Apple Inc. shall present Colin Meldrum for deposition at 10 a.m. on December 4, 2015, at the Redwood Shores office of Aylus' counsel Quinn Emanuel.  Said deposition shall last no more than 4 hours on the record and shall be limited to questioning and testimony regarding the design alternative identified in the non-infringement report of Apple's expert Dr. Nathaniel Polish.

IT IS SO ORDERED.

Dated: 12/3/15 _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY

05010-00001/7380814.1

ATTESTATION CLAUSE

I, Joseph B. Martin, am the ECF User whose identification and password are being to file this Stipulation and [Proposed] Order.  Concurrence to the filing of this document was obtained from Erik R. Fuehrer, counsel for Apple Inc., on December 2, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  December 2, 2015                                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ Joseph B. Martin*
   Joseph B. Martin
   Attorneys for Plaintiff
   Aylus Networks, Inc.