UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>             Defendant. | CASE NO.  3:13-cv-04700-EMC (KAW)<br><br>Amended<br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 188)** |

On October 19, 2015, Plaintiff Aylus Networks, Inc. ("Aylus") filed an Administrative Motion to File Documents Under Seal those portions of Aylus's *Daubert* Motion To Exclude Certain Opinions Of Apple's Experts ("*Daubert* Motion") and Exhibits 1, 2, 6, 7, 9-12 to the Declaration of Joseph Martin In Support of Aylus's *Daubert* Motion To Exclude Certain Opinions Of Apple's Experts ("Martin Declaration") that discuss or refer to documents that Apple designated as "CONFIDENTIAL – Attorney's Eyes Only" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order.

Pursuant to Civil L.R. 79-5(e) and 79-5(d)(1)(A), Apple has filed a declaration establishing good cause to seal those portions of the *Daubert* Motion and the entirety of Exhibits

1, 2, 6, 7, 9, 10, and 12 attached to the Martin Declaration.  Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Aylus's *Daubert* Motion | Portions highlighted in yellow on pages 5-9, 11-18, 20-23 |
| Exhibit 1 to the Martin Declaration | Entire document |
| Exhibit 2 to the Martin Declaration | Entire document |
| Exhibit 6 to the Martin Declaration | Entire document |
| Exhibit 7 to the Martin Declaration | Entire document |
| Exhibit 9 to the Martin Declaration | Entire document |
| Exhibit 10 to the Martin Declaration | Entire document |
| Exhibit 12 to the Martin Declaration | Entire document |

**IT IS SO ORDERED.**

DATED: ____1/16/16_____, 2015

_____
Hon. Edward M. Chen
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen