UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 3:13-cv-04700-EMC (KAW) <br><br> **[PR~~OPOS~~ED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 205)** <br> (MENDED inserted above) |

On November 9, 2015, Plaintiff Aylus Networks, Inc.'s ("Aylus") filed an Administrative Motion to File Documents Under Seal those limited portions of Aylus' Opposition to Apple's Motion for Summary Judgment ("Opposition") and the entirety of Exhibit A to the Declaration of Joshua Sohn in support of Aylus' Opposition ("Sohn Declaration") that discuss or refer to information that Apple designated as "CONFIDENTIAL – Attorney's Eyes Only" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order.

Pursuant to Civil L.R. 79-5(e), Apple has filed a declaration establishing good cause and compelling reasons to seal those limited portions of the Opposition and the entirety of Exhibit A of the Sohn Declaration. Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Aylus' Opposition to Apple's Motion for Summary Judgment | Highlighted portions of Aylus' Opposition to Apple's Motion for Summary Judgment on pages 1, 8, 12-14. |
| Exhibit A to the Sohn Declaration | The entirety of Exhibit A |

**IT IS SO ORDERED.**

DATED: 1/21/16 _____, 2015



IT IS SO ORDERED
Judge Edward M. Chen