UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLUS NETWORKS, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>           Defendant. | CASE NO.  3:13-cv-04700-EMC (KAW)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DECEMBER 18, 2015 HEARING TRANSCRIPT** |

1   On January 27, 2016, Defendant Apple Inc. ("Apple") filed an Administrative Motion to Seal portions of the Court's transcript of proceedings held on December 18, 2015 ("Court Transcript") regarding: (1) Aylus Networks Inc.'s ("Aylus") Motion for Partial Summary Judgment of No Invalidity; (2) Aylus's Motion to Exclude Certain Opinions of Apple's Experts; (3) Apple's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment; and (4) Apple's Daubert Motion to Strike the Expert Report of Aylus's Damages Expert.

Pursuant to Civil L.R. 79-5(e), Apple has filed a declaration establishing good cause and compelling reasons to seal those portions of the Court Transcript. Accordingly, for good cause shown, the Court ORDERS that the following portions of the Court Transcript be filed under seal:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Court Transcript from Proceedings Held on December 18, 2015. | Highlighted portions on pages 18, 35, 36, 38, 39, 41, 56, 57, 104, 106, 107, and 109. |

**IT IS SO ORDERED.**

DATED: ___2/1_____, 2016



IT IS SO ORDERED

Judge Edward M. Chen